# Exhibit 1

# United States of America
## United States Patent and Trademark Office

### GARRETT METAL DETECTORS

**Reg. No. 3,802,639**
**Registered June 15, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

GARRETT ELECTRONICS, INC. (TEXAS CORPORATION)
1881 WEST STATE STREET
GARLAND, TX 75042

FOR: METAL DETECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1965; IN COMMERCE 5-0-1965.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 77-851,512, FILED 10-19-2009.

SUNG IN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, August 7, 2020 11:03 PM |
| **To:** | ipdocketing@sidley.com |
| **Cc:** | jchester@sidley.com ; sboughnou@sidley.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3802639: GARRETT METAL DETECTORS: Docket/Reference No. 10778-20901 |

**U.S. Serial Number:** 77851512
**U.S. Registration Number:** 3802639
**U.S. Registration Date:** Jun 15, 2010
**Mark:** GARRETT METAL DETECTORS
**Owner:** Garrett Electronics, Inc.

Aug 7, 2020

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77851512&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77851512&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America

## United States Patent and Trademark Office

# GARRETT

**Reg. No. 3,809,839**
**Registered June 29, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

GARRETT ELECTRONICS, INC. (TEXAS CORPORATION)
1881 WEST STATE STREET
GARLAND, TX 75042

FOR: METAL DETECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1965; IN COMMERCE 5-0-1965.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 77-840,539, FILED 10-2-2009.

SUNG IN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, August 7, 2020 11:03 PM |
| **To:** | ipdocketing@sidley.com |
| **Cc:** | jchester@sidley.com ; sboughnou@sidley.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3809839: GARRETT: Docket/Reference No. 10778-19701 |

**U.S. Serial Number:** 77840539
**U.S. Registration Number:** 3809839
**U.S. Registration Date:** Jun 29, 2010
**Mark:** GARRETT
**Owner:** Garrett Electronics, Inc.

Aug 7, 2020

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77840539&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77840539&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,164,465

**United States Patent and Trademark Office**   Registered Aug. 11, 1981

## TRADEMARK
### Principal Register



White's Electronics, Inc. (Oregon corporation)
1011 Pleasant Valley Rd.
Sweet Home, Oreg. 97386

For: MINERAL AND METAL DETECTORS AND COMPONENTS THEREOF, in CLASS 9 (U.S. Cl. 26).

First use Mar. 1974; in commerce Mar. 1974.

The drawing is lined for the colors, red and blue but no claim is made to color.

Ser. No. 251,714, filed Feb. 27, 1980.

ABRAM I. SACHS, Primary Examiner

CONNIE M. JUDGE, Examiner



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 1164465    SERIAL NO: 73/251714    MAILING DATE:  09/01/2010
REGISTRATION DATE: 08/11/1981
MARK:  WHITE'S AND DESIGN
REGISTRATION OWNER:  White's Electronics, Inc.

**CORRESPONDENCE ADDRESS:**
William O. Geny
CHERNOFF, VILHAUER, McCLUNG & STENZEL, L
Suite 1600
601 SW SECOND AVENUE
PORTLAND OR 97204-3157

# NOTICE OF ACCEPTANCE

15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*********************************************

# NOTICE OF RENEWAL

15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

*********************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
009.

NO EMPLOYEE NAME FOUND
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, January 12, 2022 11:00 PM |
| **To:** | ipdocketing@sidley.com |
| **Cc:** | jchester@sidley.com ; sboughnou@sidley.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1164465: WHITE'S (Stylized/Design) |

**U.S. Serial Number:** 73251714
**U.S. Registration Number:** 1164465
**U.S. Registration Date:** Aug 11, 1981
**Mark:** WHITE'S (Stylized/Design)
**Owner:** GARRETT ELECTRONICS, INC.

Jan 12, 2022

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73251714&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73251714&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM617252

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| White's Electronics, Inc. | | 10/16/2020 | Corporation: OREGON |

## RECEIVING PARTY DATA

| | |
|---|---|
| **Name:** | Garrett Electronics, Inc. |
| **Also Known As:** | Garrett Metal Detectors |
| **Street Address:** | 1881 West State Street |
| **City:** | Garland |
| **State/Country:** | TEXAS |
| **Postal Code:** | 75042 |
| **Entity Type:** | Corporation: TEXAS |

## PROPERTY NUMBERS Total: 28

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 3625381 | AUTO TRAC |
| **Registration Number:** | 2506112 | BEACHHUNTER |
| **Registration Number:** | 2244539 | BULLSEYE |
| **Registration Number:** | 3787349 | COINMASTER |
| **Registration Number:** | 4279627 | GMT |
| **Registration Number:** | 4310704 | PROSTAR |
| **Registration Number:** | 3617044 | SPECTRA |
| **Registration Number:** | 3787350 | TREASUREMASTER |
| **Registration Number:** | 5167162 | XVENTURE |
| **Registration Number:** | 1787960 | AUTO-SCAN |
| **Registration Number:** | 1462631 | EAGLE |
| **Registration Number:** | 1654807 | GOLDMASTER |
| **Registration Number:** | 0901798 | GOLD MASTER |
| **Registration Number:** | 1934157 | MAXIMA |
| **Registration Number:** | 2905987 | PRIZM |
| **Registration Number:** | 1817380 | SIGNAGRAPH |
| **Registration Number:** | 3667755 | SPECTRAGRAPH |
| **Registration Number:** | 3944896 | SPECTRAMAXX |

OP $715.00 3625381

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 3667751 | SPECTRASOUND |
| **Registration Number:** | 4369361 | SPECTRA-SCAN |
| **Registration Number:** | 4373216 | SPECTRA-SCAN |
| **Registration Number:** | 1749289 | SPECTRUM |
| **Registration Number:** | 1636048 | SURF MASTER |
| **Registration Number:** | 2282115 | TWIN D |
| **Registration Number:** | 1845504 | WHAT'S IN THE GROUND IS ON THE SCREEN |
| **Registration Number:** | 1162578 | WHITE'S |
| **Registration Number:** | 1164465 | WHITE'S |
| **Registration Number:** | 1931295 | XLT |

### CORRESPONDENCE DATA

**Fax Number:**          2149813400

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:**          214-981-3308
**Email:**          jchester@sidley.com
**Correspondent Name:**          Julia M. Chester c/o Sidley Austin LLP
**Address Line 1:**          2021 McKinney Avenue
**Address Line 2:**          Suite 2000
**Address Line 4:**          Dallas, TEXAS 75201

| NAME OF SUBMITTER: | Julia M. Chester |
|---|---|
| SIGNATURE: | /Julia M. Chester/ |
| DATE SIGNED: | 12/29/2020 |

**Total Attachments: 9**
source=White's Electronics Assignment to Garrett Electronics#page1.tif
source=White's Electronics Assignment to Garrett Electronics#page2.tif
source=White's Electronics Assignment to Garrett Electronics#page3.tif
source=White's Electronics Assignment to Garrett Electronics#page4.tif
source=White's Electronics Assignment to Garrett Electronics#page5.tif
source=White's Electronics Assignment to Garrett Electronics#page6.tif
source=White's Electronics Assignment to Garrett Electronics#page7.tif
source=White's Electronics Assignment to Garrett Electronics#page8.tif
source=White's Electronics Assignment to Garrett Electronics#page9.tif

# INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Assignment Agreement (this "**Assignment**"), made to be effective as of October 16, 2020, is by and between White's Electronics, Inc., an Oregon corporation ("**Assignor**") and Garrett Electronics, Inc., a Texas corporation, d/b/a Garrett Metal Detectors ("**Assignee**").

WHEREAS, concurrently with the execution and delivery hereof, Assignor, Assignee, and the other parties named therein are entering into an Asset Purchase Agreement (the "**Purchase Agreement**");

WHEREAS, the Purchase Agreement provides that Assignor shall sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets (as defined in the Purchase Agreement), including the intellectual property assets identified on Schedule A to this Assignment (the "**Intellectual Property Assets**");

WHEREAS, Assignor desires to deliver to Assignee such instruments of assignment as are necessary or appropriate in order to sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets; and

WHEREAS, pursuant to Article II of the Purchase Agreement, Assignor has agreed to execute and deliver this Assignment to Assignee;

NOW, THEREFORE, in consideration of the premises, the terms and conditions set forth herein, the mutual benefits to be derived by the performance thereof, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor agrees as follows:

1.      Assignor does hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all of Assignor's rights, title, and interest in and to the Intellectual Property Assets throughout the world.

2.      For all trademarks and tradenames included within the Intellectual Property Assets ("**Trademarks**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all goodwill of the business associated with the Trademarks and the registrations therefor, as well as any common law rights which may exist and are associated therewith, together with the goodwill of the business symbolized thereby and appurtenant thereto.

3.      For all inventions, patentable subject matter, patents, and applications therefore comprised in, disclosed by, or otherwise include within the Intellectual Property Assets ("**Patents**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, the entire right, title, and interest within the United States and throughout the world of Assignor in and to said Patents, and any patents that may issue for said inventions in the United States and in all countries and territories foreign to the United States, including the full right to claim for any such patent applications included therein, all benefits and priority rights under any applicable convention; together with the entire right, title, and interest in and to all continuations, divisions, renewals, and extensions of any of such patent applications and patents included therein and any provisional application to which any of the patent applications included therein may claim priority; to have and to hold for the sole and exclusive use and benefit of Assignee, its successors and assigns, to the full end of the term and terms for all such Patents.

4.      Assignor does hereby sell, assign, transfer, and set over onto Assignee, its successors, and assigns, all claims for damages by reason of past infringement or unauthorized use of any of the Intellectual

27028119v.2

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.      Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.      Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
an Oregon corporation

By *Mary A White*
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
a Texas corporation

By_____
_____, its authorized representative

27028119v.2

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.      Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.      Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
            an Oregon corporation

By_____
            Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
            a Texas corporation

By_____
            _____, its authorized representative

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0773**

## SCHEDULE A
## INTELLECTUAL PROPERTY ASSETS

**Trademarks:**

| United States TM's | TM # | Issue Date |
|---|---|---|
| AUTO TRAC | 3,625,381 | 05/26/2009 |
| BeachHunter | 2,506,112 | 11/13/2001 |
| Bullseye | 2,244,539 | 05/11/1999 |
| Coinmaster | 3,787,349 | 05/11/2010 |
| GMT | 4,279,627 | 01/22/2013 |
| Pro Star | 4,310,704 | 03/26/2013 |
| SPECTRA | 3,617,044 | 05/05/2009 |
| Treasuremaster | 3,787,350 | 05/11/2010 |
| XVENTURE | 5,167,162 | 03/21/2017 |
| AUTO-SCAN | 1,787,960 | 08/17/1993 |
| Eagle | 1,462,631 | 11/05/1992 |
| Goldmaster | 1,654,807 | 08/27/1991 |
| Gold Master & Design | 901,798 | 11/03/1970 |
| MAXIMA | 1,934,157 | 11/07/1995 |
| Prizm | 2,905,987 | 11/30/2004 |
| Signagraph | 1,817,380 | 01/18/1994 |
| Spectragraph | 3,667,755 | 08/11/2009 |
| SPECTRAMAXX | 3,944,896 | 04/12/2011 |
| Spectrasound | 3,667,751 | 08/11/2009 |
| SPECTRA-SCAN | 4,369,361 | 07/16/2013 |
| SPECTRA-SCAN & Design | 4,373,216 | 07/16/2013 |
| SPECTRUM | 1,749,289 | 01/26/1993 |
| Surfmaster | 1,636,048 | 02/26/1991 |
| Tube Placement Verifier System | 5,325,873 | 07/05/1994 |
| TWIN D | 2,282,115 | 09/29/1999 |
| What's In The Ground Is On The Screen | 1,845,504 | 07/19/1994 |
| White's | 1,162,578 | 07/28/1981 |
| White's & Design | 1,164,465 | 08/11/1981 |
| XLT (Spectrum XLT) | 1,931,295 | 10/31/1995 |

| Foreign TM's | | |
|---|---|---|
| **Angola –** | | |
| GMT | 32,334 | 06/13/2012 |
| White's | 32,335 | 06/13/2012 |
| White's & Design | 32,333 | 06/13/2012 |

27028119v.2

**Australia –**
| | | |
|---|---|---|
| Coinmaster | 337,198 | 05/16/1983 |
| Goldmaster | 339,412 | 10/25/1979 |
| White's | 342,804 | 02/14/1985 |
| White's & Design | 337,199 | 10/18/1984 |

**Benelux -**
| | | |
|---|---|---|
| White's | 435,053 | 03/06/1987 |
| White's & Design | 433,811 | 03/06/1987 |

**Canada -**
| | | |
|---|---|---|
| Coinmaster | 247,248 | 10/16/1979 |
| Goldmaster | 252,474 | 05/15/1980 |
| White's | 256,230 | 02/21/1980 |
| White's & Design | 256,229 | 02/21/1980 |

**China -**
| | | |
|---|---|---|
| GMT | 10227117 | 08/07/2014 |
| White's | 10227081 | 04/14/2014 |
| White's & Design | 10227118 | 09/21/2015 |

**Egypt –**
| | | |
|---|---|---|
| GMT | 227274 | 11/04/2015 |
| White's & Design | 227272 | 02/07/2017 |

**France -**
| | | |
|---|---|---|
| White's | 1,411,024 | 05/27/1987 |
| White's & Design | 1,411,025 | 05/27/1987 |

**Honduras -**
| | | |
|---|---|---|
| GMT | 122166 | 10/30/2012 |
| White's | 122165 | 10/30/2012 |
| White's & Design | 122168 | 10/30/2012 |

**Hong Kong -**
| | | |
|---|---|---|
| GMT | 302383939 | 02/09/2012 |
| White's | 302383911 | 02/09/2012 |
| White's & Design | 302838920 | 02/09/2012 |

**India -**
| | | |
|---|---|---|
| SPECTRA-SCAN & Design | 2285492 | 02/17/2022 |

**Indonesia –**
| | | |
|---|---|---|
| GMT | D00 2012 026895 | 06/07/2012 |
| White's   IDM000445183 | D00 2012 026892 | 06/07/2012 |

27028119v.2

| White's & Design | IDM000445184 | D00 2012 026894 | 06/07/2012 |

**African Union (OAPI) –**

| GMT | 3201201634 | 11/06/2012 |
| White's | 3201201633 | 11/06/2012 |
| White's & Design | 3201201635 | 11/06/2012 |

**United Arab Emirates -**

| GMT | 165842 | 08/05/2012 |
| White's & Design | 165841 | 08/05/2012 |

**United Kingdom -**

| Beachcomber | B1,139,624 | 09/01/1980 |
| Goldmaster | B1,122,847 | 10/23/1979 |
| White's | B1,119,683 | 08/24/1979 |
| White's & Design | B1,119,682 | 08/24/1979 |

## Patents:

| Patent # | Issue Date | Patent Title |
|---|---|---|
| **United States:** | | |
| 10,228,481 | 03/12/2019 | Ground Eliminating Metal Detector |
| 9,989,663 | 6/5/2018 | Auto Nulling of Induction Balance Metal Detector Coils |
| 9,285,496 | 3/15/2016 | Truncated Half-Sine Methods for Metal Detectors |
| 8,878,515 | 11/4/2014 | Constant Current Metal Detector |
| 8,749,240 | 6/10/2014 | Time Domain Method and Apparatus for Metal Detectors |
| 8,729,902 | 5/20/2014 | Metal Detector Analysis and Display Methods |
| 8,629,677 | 1/14/2014 | Hybrid Induction Balance/Pulse Induction Metal Detector |
| 7,994,789 | 8/9/2011 | Dual Field Search Coil for Pulse Induction Metal Detector |
| 7,649,356 | 1/19/2010 | Pulse Induction Metal Detector Having High Energy Efficiency and Sensitivity |

27028119v.2

| 7,391,217 | 6/24/2008 | Metal Detection Methods and Apparatus Wherein a Numeric Representation of the Sense Signal and a Noise Contribution to the Sense Signal are Produced |
| 7,148,692 | 12/12/2006 | Detector for Non-Ferrous Metals with Reduced False Positive Responses |
| 7,088,103 | 8/8/2006 | Metal Detector Having a Plurality of Phase Delay Discrimination Regions with Corresponding Selectable Exception Spaces Therein |
| 6,911,823 | 6/28/2005 | Metal Detector Employing Static Discrimination |
| 6,879,161 | 4/12/2005 | Method and Apparatus for Distinguishing Metal Objects Employing Multiple Frequency Interrogation |
| 5,654,638 | 8/5/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment |
| 5,642,050 | 6/24/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment Using a Target Model |
| 5,596,277 | 1/21/1997 | Method and Apparatus for Displaying Signal Information from a Metal Detector |
| 5,523,690 | 6/4/1996 | Metal Detector With Bivariate Display |
| 5,414,411 | 5/9/1995 | Pulse Induction Metal Detector |
| 4,868,910 | 9/19/1989 | Metal Detector With Microprocessor Control and Analysis |
| 4,862,316 | 8/29/1989 | Static Charge Dissipating Housing For Metal Detector Search Loop Assembly |
| 4,783,630 | 11/8/1988 | Metal Detector With Circuits For Automatically Screening Out The Effects Of Offset And Mineralized Ground |
| 4,293,816 | 10/6/1981 | Balanced Search Loop For Metal Detector |
| 4,249,128 | 2/3/1988 | Wide Pulse Gated Metal Detector With Improved Noise Rejection |

27028119v.2

| 4,110,679 | 8/29/1978 | Ferrous / Non-Ferrous Metal Detector Using Sampling |
| 4,030,026 | 6/14/1977 | Sampling Metal Detector |
| 4,024,468 | 5/17/1977 | Induction Balance Metal Detector W Inverse Discrimination |

**Canadian**

| 1,165,817 | 4/17/1984 | Balanced Search Loop for Noise Rejection |
| 1,118,867 | 2/23/1982 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |
| 1,038,036 | 9/5/1978 | Sampling Metal Detector |

Australia

| 531,967 | 5/23/1980 | Balanced Search Loop for Metal Detector |
| 524,793 | 2/2/1979 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |

**United Kingdom**

| 1,548,239 | 3/29/1976 | Sampling Metal Detector |

**Mexico**

| 147,016 | 2/6/1979 | Sensitized Wide Pulse Metal Detector With Improved Noise Rejection |

**France**

| 2,416,485 | 2/5/1979 | |
| 9,207,315 | 12/8/15 | Metal Detector with Motion Sensing |
| 7,391,217 | 6/4/2008 | Metal Detection Methods And Apparatus Wherein A Numeric Representation of The Sense Signal And A Noise Contribution To The Sense Signal Are Produced |
| 6,421,621 | 7/16/2002 | Metal Detector Target Identification Using Flash Phase Analysis |
| 6,172,504 | 1/9/2001 | Metal Detector Target Identification Using Flash Phase Analysis |

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0778**

| 13/166,865 | 6/23/2011 | Metal Detector with Dynamic Induction |
| 13/420,000 | 3/14/2012 | Metal Detector Probe |
| **Australia:**<br>2011203055 | 6/23/2011 | Hybrid Induction Balance/Pulse Induction Metal Detector |

Copyrights:

Computer Software entitled DISPLAY.ASM (1993) - U.S. Copyright Registration Number: TX 3-580-870

EAGLE SPECTRUM SOURCE CODE - U.S. Copyright Registration Number: TX 3-582-613

All catalogs of White's Electronics, Inc.

All calendars of White's Electronics, Inc.

All websites of White's Electronics, Inc., including https://www.whiteselectronics.com

27028119v.2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,223,990**

**Registered Oct. 16, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

GARRETT ELECTRONICS, INC. (TEXAS CORPORATION)
1881 WEST STATE STREET
GARLAND, TX 75042

FOR: METAL DETECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF A HAND-HELD METAL DETECTOR. THE DESIGN INCLUDES AN ASYMMETRICAL CIRCULAR HANDLE WITH A HOLLOW GRIP AREA PARTIALLY RAISED TO CONFIRM TO THE HEEL OF THE HUMAN PALM AND WAND SHAPED BODY. THE MATTER REPRESENTED IN DOTTED LINES IS NOT PART OF THE MARK.

SEC. 2(F).

SER. NO. 85-215,824, FILED 1-12-2011.

BARBARA BROWN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

<div style="border:1px solid">

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

</div>

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



Please note that U.S. Customs & Border Protection (CBP), a bureau of the Department of Homeland Security, maintains a trademark recordation system for marks registered at the United States Patent and Trademark Office. Parties who register their marks on the Principal Register may record these marks with CBP, to assist CBP in its efforts to prevent the importation of goods that infringe registered marks. The recordation database includes information regarding all recorded marks, including images of these marks. CBP officers monitor imports to prevent the importation of goods bearing infringing marks, and can access the recordation database at each of the 317 ports of entry.

CBP's **Intellectual Property Rights e-Recordation (IPRR)** system, located at **https://apps.cbp.gov/e-recordations/**, allows right holders to electronically file IPR recordation applications, thus significantly reducing the amount of time normally required to process paper applications. Some additional benefits of the system include:

- Elimination of paper applications and supporting documents.

- Copies of the certificate issued by the registering agency (U.S. Patent and Trademark Office or the Copyright Office) are retained by the right holder, not submitted to CBP.

- Payment by credit card (preferred), check or money order.

- Ability to upload images of the protected work or trademark, thus obviating the need to send samples to CBP.

- Reduced time from filing of the application to enforcement by field personnel.

Information about how to obtain a recordation, and about CBP's Intellectual Property Rights border enforcement program, is available at CBP's web site, **www.cbp.gov**.



October 22, 2012
Page 2

regardless of reliance on legal advice. To ensure we are able to keep you apprised of deadlines, please notify us of any change in owner name, address, or transfer of rights, and also let us know of a change in personnel with whom we should correspond about such matters.

Be aware that private companies not associated with the United States Patent and Trademark Office (USPTO) often use trademark application and registration information from the USPTO's databases to mail or e-mail trademark-related solicitations. Trademark applicants and registrants continue to submit a significant number of inquiries and complaints to the USPTO about such solicitations, which may include offers: (1) for legal services; (2) for trademark monitoring services; (3) to record trademarks with U.S. Customs and Border Protection; and (4) to "register" trademarks in the company's own private registry.

These companies may use names that resemble the USPTO name, including, for example, the terms "United States" or "U.S." Increasingly, some of the more unscrupulous companies attempt to make their solicitations mimic the look of official government documents rather than the look of a typical commercial or legal solicitation by emphasizing official government data like the USPTO application serial number, the registration number, the International Class(es), filing dates, and other information that is publicly available from USPTO records. Many refer to other government agencies and sections of the U.S. Code. Most require "fees" to be paid. If you receive a trademark-related solicitation that you believe is suspect, please ignore and inform us immediately.

If you have an interest in registering the mark with U.S. Customs, please let us know. An informational flyer is enclosed with the certificate.

It has been my pleasure working with you in registering this mark. Should you have any questions, or if we can be of further service, please do not hesitate to contact me.

Very truly yours,

Julia M. Chester

JMC:ss
Enclosure



| SIDLEY AUSTIN LLP | BEIJING | LOS ANGELES |
|---|---|---|
| 717 NORTH HARWOOD | BRUSSELS | NEW YORK |
| SUITE 3400 | CHICAGO | PALO ALTO |
| DALLAS, TX 75201 | DALLAS | SAN FRANCISCO |
| (214) 981 3300 | FRANKFURT | SHANGHAI |
| (214) 981 3400 FAX | GENEVA | SINGAPORE |
| | HONG KONG | SYDNEY |
| | HOUSTON | TOKYO |
| | LONDON | WASHINGTON, D.C. |

jchester@sidley.com
214-981-3308                    FOUNDED 1866

October 22, 2012

Mr. Robert J. Podhrasky                    **VIA 2-DAY FEDERAL EXPRESS**
Garrett Electronics, Inc.
1881 West State Street
Garland, Texas 75042-6761

    Re:    Original Certificate of U.S. Trademark Registration No. 4,223,990
               For the mark "**SUPERWAND PRODUCT CONFIGURATION**"
               in Class 32 for "*Metal detectors*"
               Filed in the Name of:  Garrett Electronics, Inc.
               Our File No. 10778-21701

Dear Bob:

    We are very pleased to enclose the original Certificate of Registration for the mark
"**SUPERWAND PRODUCT CONFIGURATION**," Registration No. 4,223,990, in International Class
009 issued by the U.S. Trademark Office on October 16, 2012.  This document comprises evidence of
valuable property rights and should be maintained in a safe place with other important documents.

    You should now give notice that this mark is registered in the United States Patent and
Trademark Office by displaying the registration symbol ® or by using the words "Registered in U.S.
Patent and Trademark Office" or "Reg. U.S. Pat. & Tm. Off" in close proximity to the mark.  We advise
displaying the attribution symbol to avoid limitations on damages that can be awarded in a suit for
infringement of the mark.

    If a mark is not used for three consecutive years after registration, a presumption of abandonment
may be raised if the mark is later challenged.  Therefore, continuous use of **SUPERWAND PRODUCT
CONFIGURATION** for the entire ten-year term is important to preserve your federal registration rights.

    To preserve the registration beyond the original ten year term, a Combined Declaration of
Use/Application for Renewal under Sections 8 & 9 of the U.S. Trademark Act must be filed within the
twelve (12) month period prior to the expiration of this ten year term, or between October 16, 2021 and
October 16, 2022.  Additionally, the registration will be canceled if an affidavit showing continued use of
the mark is not filed between October 16, 2017 and October 16, 2018.  A second affidavit may be filed at
the same time to make the registration "incontestable."  For an additional fee, these post registration
documents can be filed during the six month grace period immediately following the expiration of the
time period.

    We are docketing these dates so that we may attempt to remind you of the need for action at the
appropriate times.  However, as it is ultimately a trademark owner's responsibility to meet all
requirements of the trademark office, please make careful note of these action dates as errors in trademark
maintenance resulting in abandonment or cancellation of a mark may be construed against an owner

Sidley Austin (TX) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,162,578
Registered Jul. 28, 1981

### TRADEMARK
#### Principal Register

## WHITE'S

White's Electronics, Inc. (Oregon corporation)
1011 Pleasant Valley Rd.
Sweet Home, Oreg. 97386

For: MINERAL AND METAL DETECTORS AND COMPONENTS THEREOF, in CLASS 9 (U.S. Cl. 26).

First use 1967; in commerce 1967.

Ser. No. 240,274, filed Nov. 23, 1979.

ABRAM I. SACHS, Primary Examiner

CONNIE M. JUDGE, Examiner



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 1162578     SERIAL NO: 73/240274     MAILING DATE:  08/23/2010
REGISTRATION DATE:  07/28/1981
MARK:  WHITE'S
REGISTRATION OWNER:  White's Electronics, Inc.

**CORRESPONDENCE ADDRESS:**
WILLIAM O. GENY
CHERNOFF, VILHAUER, MCCLUNG & STENZEL
Suite 1600
601 SW SECOND AVENUE
PORTLAND OR 97204-3157

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF RENEWAL
15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
009.

NO EMPLOYEE NAME FOUND
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, November 29, 2021 11:02 PM |
| **To:** | ipdocketing@sidley.com |
| **Cc:** | jchester@sidley.com ; sboughnou@sidley.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1162578: WHITE'S |

**U.S. Serial Number:** 73240274
**U.S. Registration Number:** 1162578
**U.S. Registration Date:** Jul 28, 1981
**Mark:** WHITE'S
**Owner:** GARRETT ELECTRONICS, INC.

Nov 29, 2021

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73240274&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73240274&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                          ETAS ID: TM617252
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| White's Electronics, Inc. | | 10/16/2020 | Corporation: OREGON |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Garrett Electronics, Inc. |
| Also Known As: | Garrett Metal Detectors |
| Street Address: | 1881 West State Street |
| City: | Garland |
| State/Country: | TEXAS |
| Postal Code: | 75042 |
| Entity Type: | Corporation: TEXAS |

### PROPERTY NUMBERS Total: 28

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3625381 | AUTO TRAC |
| Registration Number: | 2506112 | BEACHHUNTER |
| Registration Number: | 2244539 | BULLSEYE |
| Registration Number: | 3787349 | COINMASTER |
| Registration Number: | 4279627 | GMT |
| Registration Number: | 4310704 | PROSTAR |
| Registration Number: | 3617044 | SPECTRA |
| Registration Number: | 3787350 | TREASUREMASTER |
| Registration Number: | 5167162 | XVENTURE |
| Registration Number: | 1787960 | AUTO-SCAN |
| Registration Number: | 1462631 | EAGLE |
| Registration Number: | 1654807 | GOLDMASTER |
| Registration Number: | 0901798 | GOLD MASTER |
| Registration Number: | 1934157 | MAXIMA |
| Registration Number: | 2905987 | PRIZM |
| Registration Number: | 1817380 | SIGNAGRAPH |
| Registration Number: | 3667755 | SPECTRAGRAPH |
| Registration Number: | 3944896 | SPECTRAMAXX |

OP $715.00 3625381

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 3667751 | SPECTRASOUND |
| **Registration Number:** | 4369361 | SPECTRA-SCAN |
| **Registration Number:** | 4373216 | SPECTRA-SCAN |
| **Registration Number:** | 1749289 | SPECTRUM |
| **Registration Number:** | 1636048 | SURF MASTER |
| **Registration Number:** | 2282115 | TWIN D |
| **Registration Number:** | 1845504 | WHAT'S IN THE GROUND IS ON THE SCREEN |
| **Registration Number:** | 1162578 | WHITE'S |
| **Registration Number:** | 1164465 | WHITE'S |
| **Registration Number:** | 1931295 | XLT |

**CORRESPONDENCE DATA**

**Fax Number:** 2149813400

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 214-981-3308
**Email:** jchester@sidley.com
**Correspondent Name:** Julia M. Chester c/o Sidley Austin LLP
**Address Line 1:** 2021 McKinney Avenue
**Address Line 2:** Suite 2000
**Address Line 4:** Dallas, TEXAS 75201

| NAME OF SUBMITTER: | Julia M. Chester |
|---|---|
| SIGNATURE: | /Julia M. Chester/ |
| DATE SIGNED: | 12/29/2020 |

**Total Attachments: 9**
source=White's Electronics Assignment to Garrett Electronics#page1.tif
source=White's Electronics Assignment to Garrett Electronics#page2.tif
source=White's Electronics Assignment to Garrett Electronics#page3.tif
source=White's Electronics Assignment to Garrett Electronics#page4.tif
source=White's Electronics Assignment to Garrett Electronics#page5.tif
source=White's Electronics Assignment to Garrett Electronics#page6.tif
source=White's Electronics Assignment to Garrett Electronics#page7.tif
source=White's Electronics Assignment to Garrett Electronics#page8.tif
source=White's Electronics Assignment to Garrett Electronics#page9.tif

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Assignment Agreement (this "**Assignment**"), made to be effective as of October 16, 2020, is by and between White's Electronics, Inc., an Oregon corporation ("**Assignor**") and Garrett Electronics, Inc., a Texas corporation, d/b/a Garrett Metal Detectors ("**Assignee**").

WHEREAS, concurrently with the execution and delivery hereof, Assignor, Assignee, and the other parties named therein are entering into an Asset Purchase Agreement (the "**Purchase Agreement**");

WHEREAS, the Purchase Agreement provides that Assignor shall sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets (as defined in the Purchase Agreement), including the intellectual property assets identified on Schedule A to this Assignment (the "**Intellectual Property Assets**");

WHEREAS, Assignor desires to deliver to Assignee such instruments of assignment as are necessary or appropriate in order to sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets; and

WHEREAS, pursuant to Article II of the Purchase Agreement, Assignor has agreed to execute and deliver this Assignment to Assignee;

NOW, THEREFORE, in consideration of the premises, the terms and conditions set forth herein, the mutual benefits to be derived by the performance thereof, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor agrees as follows:

1.      Assignor does hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all of Assignor's rights, title, and interest in and to the Intellectual Property Assets throughout the world.

2.      For all trademarks and tradenames included within the Intellectual Property Assets ("**Trademarks**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all goodwill of the business associated with the Trademarks and the registrations therefor, as well as any common law rights which may exist and are associated therewith, together with the goodwill of the business symbolized thereby and appurtenant thereto.

3.      For all inventions, patentable subject matter, patents, and applications therefore comprised in, disclosed by, or otherwise include within the Intellectual Property Assets ("**Patents**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, the entire right, title, and interest within the United States and throughout the world of Assignor in and to said Patents, and any patents that may issue for said inventions in the United States and in all countries and territories foreign to the United States, including the full right to claim for any such patent applications included therein, all benefits and priority rights under any applicable convention; together with the entire right, title, and interest in and to all continuations, divisions, renewals, and extensions of any of such patent applications and patents included therein and any provisional application to which any of the patent applications included therein may claim priority; to have and to hold for the sole and exclusive use and benefit of Assignee, its successors and assigns, to the full end of the term and terms for all such Patents.

4.      Assignor does hereby sell, assign, transfer, and set over onto Assignee, its successors, and assigns, all claims for damages by reason of past infringement or unauthorized use of any of the Intellectual

27028119v.2

**TRADEMARK
REEL: 007149 FRAME: 0771**

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.      Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.      Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
an Oregon corporation

By _Mary A White_____
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
a Texas corporation

By_____
_____, its authorized representative

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0772**

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.      Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.      Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
an Oregon corporation

By _____
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
a Texas corporation

By _____
_____, its authorized representative

27028119v.2

## SCHEDULE A
## INTELLECTUAL PROPERTY ASSETS

Trademarks:

| United States TM's | TM # | Issue Date |
|---|---|---|
| AUTO TRAC | 3,625,381 | 05/26/2009 |
| BeachHunter | 2,506,112 | 11/13/2001 |
| Bullseye | 2,244,539 | 05/11/1999 |
| Coinmaster | 3,787,349 | 05/11/2010 |
| GMT | 4,279,627 | 01/22/2013 |
| Pro Star | 4,310,704 | 03/26/2013 |
| SPECTRA | 3,617,044 | 05/05/2009 |
| Treasuremaster | 3,787,350 | 05/11/2010 |
| XVENTURE | 5,167,162 | 03/21/2017 |
| AUTO-SCAN | 1,787,960 | 08/17/1993 |
| Eagle | 1,462,631 | 11/05/1992 |
| Goldmaster | 1,654,807 | 08/27/1991 |
| Gold Master & Design | 901,798 | 11/03/1970 |
| MAXIMA | 1,934,157 | 11/07/1995 |
| Prizm | 2,905,987 | 11/30/2004 |
| Signagraph | 1,817,380 | 01/18/1994 |
| Spectragraph | 3,667,755 | 08/11/2009 |
| SPECTRAMAXX | 3,944,896 | 04/12/2011 |
| Spectrasound | 3,667,751 | 08/11/2009 |
| SPECTRA-SCAN | 4,369,361 | 07/16/2013 |
| SPECTRA-SCAN & Design | 4,373,216 | 07/16/2013 |
| SPECTRUM | 1,749,289 | 01/26/1993 |
| Surfmaster | 1,636,048 | 02/26/1991 |
| Tube Placement Verifier System | 5,325,873 | 07/05/1994 |
| TWIN D | 2,282,115 | 09/29/1999 |
| What's In The Ground Is On The Screen | 1,845,504 | 07/19/1994 |
| White's | 1,162,578 | 07/28/1981 |
| White's & Design | 1,164,465 | 08/11/1981 |
| XLT (Spectrum XLT) | 1,931,295 | 10/31/1995 |

| Foreign TM's | | |
|---|---|---|
| **Angola –** | | |
| GMT | 32,334 | 06/13/2012 |
| White's | 32,335 | 06/13/2012 |
| White's & Design | 32,333 | 06/13/2012 |

**TRADEMARK**
**REEL: 007149 FRAME: 0774**

**Australia –**

| | | |
|---|---|---|
| Coinmaster | 337,198 | 05/16/1983 |
| Goldmaster | 339,412 | 10/25/1979 |
| White's | 342,804 | 02/14/1985 |
| White's & Design | 337,199 | 10/18/1984 |

**Benelux -**

| | | |
|---|---|---|
| White's | 435,053 | 03/06/1987 |
| White's & Design | 433,811 | 03/06/1987 |

**Canada -**

| | | |
|---|---|---|
| Coinmaster | 247,248 | 10/16/1979 |
| Goldmaster | 252,474 | 05/15/1980 |
| White's | 256,230 | 02/21/1980 |
| White's & Design | 256,229 | 02/21/1980 |

**China -**

| | | |
|---|---|---|
| GMT | 10227117 | 08/07/2014 |
| White's | 10227081 | 04/14/2014 |
| White's & Design | 10227118 | 09/21/2015 |

**Egypt –**

| | | |
|---|---|---|
| GMT | 227274 | 11/04/2015 |
| White's & Design | 227272 | 02/07/2017 |

**France -**

| | | |
|---|---|---|
| White's | 1,411,024 | 05/27/1987 |
| White's & Design | 1,411,025 | 05/27/1987 |

**Honduras -**

| | | |
|---|---|---|
| GMT | 122166 | 10/30/2012 |
| White's | 122165 | 10/30/2012 |
| White's & Design | 122168 | 10/30/2012 |

**Hong Kong -**

| | | |
|---|---|---|
| GMT | 302383939 | 02/09/2012 |
| White's | 302383911 | 02/09/2012 |
| White's & Design | 302838920 | 02/09/2012 |

**India -**

| | | |
|---|---|---|
| SPECTRA-SCAN & Design | 2285492 | 02/17/2022 |

**Indonesia –**

| | | |
|---|---|---|
| GMT | D00 2012 026895 | 06/07/2012 |
| White's  IDM000445183 | D00 2012 026892 | 06/07/2012 |

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0775**

| White's & Design | IDM000445184 | D00 2012 026894 | 06/07/2012 |
| --- | --- | --- | --- |

**African Union (OAPI) –**

| | | |
| --- | --- | --- |
| GMT | 3201201634 | 11/06/2012 |
| White's | 3201201633 | 11/06/2012 |
| White's & Design | 3201201635 | 11/06/2012 |

**United Arab Emirates -**

| | | |
| --- | --- | --- |
| GMT | 165842 | 08/05/2012 |
| White's & Design | 165841 | 08/05/2012 |

**United Kingdom -**

| | | |
| --- | --- | --- |
| Beachcomber | B1,139,624 | 09/01/1980 |
| Goldmaster | B1,122,847 | 10/23/1979 |
| White's | B1,119,683 | 08/24/1979 |
| White's & Design | B1,119,682 | 08/24/1979 |

**Patents:**

| Patent # | Issue Date | Patent Title |
| --- | --- | --- |
| **United States:** | | |
| 10,228,481 | 03/12/2019 | Ground Eliminating Metal Detector |
| 9,989,663 | 6/5/2018 | Auto Nulling of Induction Balance Metal Detector Coils |
| 9,285,496 | 3/15/2016 | Truncated Half-Sine Methods for Metal Detectors |
| 8,878,515 | 11/4/2014 | Constant Current Metal Detector |
| 8,749,240 | 6/10/2014 | Time Domain Method and Apparatus for Metal Detectors |
| 8,729,902 | 5/20/2014 | Metal Detector Analysis and Display Methods |
| 8,629,677 | 1/14/2014 | Hybrid Induction Balance/Pulse Induction Metal Detector |
| 7,994,789 | 8/9/2011 | Dual Field Search Coil for Pulse Induction Metal Detector |
| 7,649,356 | 1/19/2010 | Pulse Induction Metal Detector Having High Energy Efficiency and Sensitivity |

27028119v.2

| | | |
|---|---|---|
| 7,391,217 | 6/24/2008 | Metal Detection Methods and Apparatus Wherein a Numeric Representation of the Sense Signal and a Noise Contribution to the Sense Signal are Produced |
| 7,148,692 | 12/12/2006 | Detector for Non-Ferrous Metals with Reduced False Positive Responses |
| 7,088,103 | 8/8/2006 | Metal Detector Having a Plurality of Phase Delay Discrimination Regions with Corresponding Selectable Exception Spaces Therein |
| 6,911,823 | 6/28/2005 | Metal Detector Employing Static Discrimination |
| 6,879,161 | 4/12/2005 | Method and Apparatus for Distinguishing Metal Objects Employing Multiple Frequency Interrogation |
| 5,654,638 | 8/5/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment |
| 5,642,050 | 6/24/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment Using a Target Model |
| 5,596,277 | 1/21/1997 | Method and Apparatus for Displaying Signal Information from a Metal Detector |
| 5,523,690 | 6/4/1996 | Metal Detector With Bivariate Display |
| 5,414,411 | 5/9/1995 | Pulse Induction Metal Detector |
| 4,868,910 | 9/19/1989 | Metal Detector With Microprocessor Control and Analysis |
| 4,862,316 | 8/29/1989 | Static Charge Dissipating Housing For Metal Detector Search Loop Assembly |
| 4,783,630 | 11/8/1988 | Metal Detector With Circuits For Automatically Screening Out The Effects Of Offset And Mineralized Ground |
| 4,293,816 | 10/6/1981 | Balanced Search Loop For Metal Detector |
| 4,249,128 | 2/3/1988 | Wide Pulse Gated Metal Detector With Improved Noise Rejection |

**TRADEMARK**
**REEL: 007149 FRAME: 0777**

| 4,110,679 | 8/29/1978 | Ferrous / Non-Ferrous Metal Detector Using Sampling |
| 4,030,026 | 6/14/1977 | Sampling Metal Detector |
| 4,024,468 | 5/17/1977 | Induction Balance Metal Detector W Inverse Discrimination |

**Canadian**

| 1,165,817 | 4/17/1984 | Balanced Search Loop for Noise Rejection |
| 1,118,867 | 2/23/1982 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |
| 1,038,036 | 9/5/1978 | Sampling Metal Detector |

Australia

| 531,967 | 5/23/1980 | Balanced Search Loop for Metal Detector |
| 524,793 | 2/2/1979 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |

**United Kingdom**

| 1,548,239 | 3/29/1976 | Sampling Metal Detector |

**Mexico**

| 147,016 | 2/6/1979 | Sensitized Wide Pulse Metal Detector With Improved Noise Rejection |

**France**

| 2,416,485 | 2/5/1979 | |
| 9,207,315 | 12/8/15 | Metal Detector with Motion Sensing |
| 7,391,217 | 6/4/2008 | Metal Detection Methods And Apparatus Wherein A Numeric Representation of The Sense Signal And A Noise Contribution To The Sense Signal Are Produced |
| 6,421,621 | 7/16/2002 | Metal Detector Target Identification Using Flash Phase Analysis |
| 6,172,504 | 1/9/2001 | Metal Detector Target Identification Using Flash Phase Analysis |

**TRADEMARK**
**REEL: 007149 FRAME: 0778**

| | | |
|---|---|---|
| 13/166,865 | 6/23/2011 | Metal Detector with Dynamic Induction |
| 13/420,000 | 3/14/2012 | Metal Detector Probe |
| **Australia:**<br>2011203055 | 6/23/2011 | Hybrid Induction Balance/Pulse Induction Metal Detector |

**Copyrights:**

Computer Software entitled DISPLAY.ASM (1993) - U.S. Copyright Registration Number: TX 3-580-870

EAGLE SPECTRUM SOURCE CODE - U.S. Copyright Registration Number: TX 3-582-613

All catalogs of White's Electronics, Inc.

All calendars of White's Electronics, Inc.

All websites of White's Electronics, Inc., including https://www.whiteselectronics.com ·

27028119v.2

# United States of America

## United States Patent and Trademark Office

## GARRETT PRO-POINTER

**Reg. No. 3,713,177** GARRETT ELECTRONICS, INC. (TEXAS CORPORATION)
Registered Nov. 17, 2009 1881 WEST STATE STREET
GARLAND, TX 75042

**Int. Cl.: 9** FOR: HAND-HELD METAL DETECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-27-2008; IN COMMERCE 8-27-2008.

**TRADEMARK**
**PRINCIPAL REGISTER** THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,053,545 AND 3,391,130.

SN 77-596,447, FILED 10-20-2008.

CHARLES L. JENKINS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, December 14, 2019 11:35 PM |
| **To:** | ipdocketing@sidley.com |
| **Cc:** | jchester@sidley.com ; sboughnou@sidley.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3713177: GARRETT PRO-POINTER: Docket/Reference No. 10778-19401 |

**U.S. Serial Number:** 77596447
**U.S. Registration Number:** 3713177
**U.S. Registration Date:** Nov 17, 2009
**Mark:** GARRETT PRO-POINTER
**Owner:** Garrett Electronics, Inc.

Dec 14, 2019

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77596447&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77596447&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**



# United States of America
## United States Patent and Trademark Office

# COINMASTER

**Reg. No. 3,787,349**
**Registered May 11, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

WHITE'S ELECTRONICS, INC. (OREGON CORPORATION)
1011 PLEASANT VALLEY ROAD
SWEET HOME, OR 97386

FOR: METAL DETECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-8-2009; IN COMMERCE 10-8-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 873,407.

SER. NO. 77-838,146, FILED 9-30-2009.

NAKIA HENRY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, January 10, 2020 11:04 PM |
| **To:** | JPS.docket@chernofflaw.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3787349: COINMASTER: Docket/Reference No. 1013.0072 |

**U.S. Serial Number:** 77838146
**U.S. Registration Number:** 3787349
**U.S. Registration Date:** May 11, 2010
**Mark:** COINMASTER
**Owner:** White's Electronics, Inc.

Jan 10, 2020

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77838146&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77838146&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   *   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM617252

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| White's Electronics, Inc. | | 10/16/2020 | Corporation: OREGON |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Garrett Electronics, Inc. |
| Also Known As: | Garrett Metal Detectors |
| Street Address: | 1881 West State Street |
| City: | Garland |
| State/Country: | TEXAS |
| Postal Code: | 75042 |
| Entity Type: | Corporation: TEXAS |

## PROPERTY NUMBERS Total: 28

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3625381 | AUTO TRAC |
| Registration Number: | 2506112 | BEACHHUNTER |
| Registration Number: | 2244539 | BULLSEYE |
| Registration Number: | 3787349 | COINMASTER |
| Registration Number: | 4279627 | GMT |
| Registration Number: | 4310704 | PROSTAR |
| Registration Number: | 3617044 | SPECTRA |
| Registration Number: | 3787350 | TREASUREMASTER |
| Registration Number: | 5167162 | XVENTURE |
| Registration Number: | 1787960 | AUTO-SCAN |
| Registration Number: | 1462631 | EAGLE |
| Registration Number: | 1654807 | GOLDMASTER |
| Registration Number: | 0901798 | GOLD MASTER |
| Registration Number: | 1934157 | MAXIMA |
| Registration Number: | 2905987 | PRIZM |
| Registration Number: | 1817380 | SIGNAGRAPH |
| Registration Number: | 3667755 | SPECTRAGRAPH |
| Registration Number: | 3944896 | SPECTRAMAXX |

OP  $715.00  3625381

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 3667751 | SPECTRASOUND |
| **Registration Number:** | 4369361 | SPECTRA-SCAN |
| **Registration Number:** | 4373216 | SPECTRA-SCAN |
| **Registration Number:** | 1749289 | SPECTRUM |
| **Registration Number:** | 1636048 | SURF MASTER |
| **Registration Number:** | 2282115 | TWIN D |
| **Registration Number:** | 1845504 | WHAT'S IN THE GROUND IS ON THE SCREEN |
| **Registration Number:** | 1162578 | WHITE'S |
| **Registration Number:** | 1164465 | WHITE'S |
| **Registration Number:** | 1931295 | XLT |

**CORRESPONDENCE DATA**

**Fax Number:** 2149813400

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 214-981-3308
**Email:** jchester@sidley.com
**Correspondent Name:** Julia M. Chester c/o Sidley Austin LLP
**Address Line 1:** 2021 McKinney Avenue
**Address Line 2:** Suite 2000
**Address Line 4:** Dallas, TEXAS 75201

| NAME OF SUBMITTER: | Julia M. Chester |
|---|---|
| SIGNATURE: | /Julia M. Chester/ |
| DATE SIGNED: | 12/29/2020 |

**Total Attachments: 9**
source=White's Electronics Assignment to Garrett Electronics#page1.tif
source=White's Electronics Assignment to Garrett Electronics#page2.tif
source=White's Electronics Assignment to Garrett Electronics#page3.tif
source=White's Electronics Assignment to Garrett Electronics#page4.tif
source=White's Electronics Assignment to Garrett Electronics#page5.tif
source=White's Electronics Assignment to Garrett Electronics#page6.tif
source=White's Electronics Assignment to Garrett Electronics#page7.tif
source=White's Electronics Assignment to Garrett Electronics#page8.tif
source=White's Electronics Assignment to Garrett Electronics#page9.tif

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Assignment Agreement (this "**Assignment**"), made to be effective as of October 16, 2020, is by and between White's Electronics, Inc., an Oregon corporation ("**Assignor**") and Garrett Electronics, Inc., a Texas corporation, d/b/a Garrett Metal Detectors ("**Assignee**").

WHEREAS, concurrently with the execution and delivery hereof, Assignor, Assignee, and the other parties named therein are entering into an Asset Purchase Agreement (the "**Purchase Agreement**");

WHEREAS, the Purchase Agreement provides that Assignor shall sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets (as defined in the Purchase Agreement), including the intellectual property assets identified on Schedule A to this Assignment (the "**Intellectual Property Assets**");

WHEREAS, Assignor desires to deliver to Assignee such instruments of assignment as are necessary or appropriate in order to sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets; and

WHEREAS, pursuant to Article II of the Purchase Agreement, Assignor has agreed to execute and deliver this Assignment to Assignee;

NOW, THEREFORE, in consideration of the premises, the terms and conditions set forth herein, the mutual benefits to be derived by the performance thereof, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor agrees as follows:

1.  Assignor does hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all of Assignor's rights, title, and interest in and to the Intellectual Property Assets throughout the world.

2.  For all trademarks and tradenames included within the Intellectual Property Assets ("**Trademarks**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all goodwill of the business associated with the Trademarks and the registrations therefor, as well as any common law rights which may exist and are associated therewith, together with the goodwill of the business symbolized thereby and appurtenant thereto.

3.  For all inventions, patentable subject matter, patents, and applications therefore comprised in, disclosed by, or otherwise include within the Intellectual Property Assets ("**Patents**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, the entire right, title, and interest within the United States and throughout the world of Assignor in and to said Patents, and any patents that may issue for said inventions in the United States and in all countries and territories foreign to the United States, including the full right to claim for any such patent applications included therein, all benefits and priority rights under any applicable convention; together with the entire right, title, and interest in and to all continuations, divisions, renewals, and extensions of any of such patent applications and patents included therein and any provisional application to which any of the patent applications included therein may claim priority; to have and to hold for the sole and exclusive use and benefit of Assignee, its successors and assigns, to the full end of the term and terms for all such Patents.

4.  Assignor does hereby sell, assign, transfer, and set over onto Assignee, its successors, and assigns, all claims for damages by reason of past infringement or unauthorized use of any of the Intellectual

27028119v.2

TRADEMARK
REEL: 007149 FRAME: 0771

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.    Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.    Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
an Oregon corporation

By _Mary A White_____
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
a Texas corporation

By_____
_____, its authorized representative

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0772**

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.     Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.     Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
          an Oregon corporation

By_____
   Mary A. White, its authorized representative


ASSIGNEE: GARRETT ELECTRONICS, INC.,
          a Texas corporation

By_____
   _____, its authorized representative

27028119v.2

SCHEDULE A
INTELLECTUAL PROPERTY ASSETS

Trademarks:

| United States TM's | TM # | Issue Date |
| --- | --- | --- |
| AUTO TRAC | 3,625,381 | 05/26/2009 |
| BeachHunter | 2,506,112 | 11/13/2001 |
| Bullseye | 2,244,539 | 05/11/1999 |
| Coinmaster | 3,787,349 | 05/11/2010 |
| GMT | 4,279,627 | 01/22/2013 |
| Pro Star | 4,310,704 | 03/26/2013 |
| SPECTRA | 3,617,044 | 05/05/2009 |
| Treasuremaster | 3,787,350 | 05/11/2010 |
| XVENTURE | 5,167,162 | 03/21/2017 |
| AUTO-SCAN | 1,787,960 | 08/17/1993 |
| Eagle | 1,462,631 | 11/05/1992 |
| Goldmaster | 1,654,807 | 08/27/1991 |
| Gold Master & Design | 901,798 | 11/03/1970 |
| MAXIMA | 1,934,157 | 11/07/1995 |
| Prizm | 2,905,987 | 11/30/2004 |
| Signagraph | 1,817,380 | 01/18/1994 |
| Spectragraph | 3,667,755 | 08/11/2009 |
| SPECTRAMAXX | 3,944,896 | 04/12/2011 |
| Spectrasound | 3,667,751 | 08/11/2009 |
| SPECTRA-SCAN | 4,369,361 | 07/16/2013 |
| SPECTRA-SCAN & Design | 4,373,216 | 07/16/2013 |
| SPECTRUM | 1,749,289 | 01/26/1993 |
| Surfmaster | 1,636,048 | 02/26/1991 |
| Tube Placement Verifier System | 5,325,873 | 07/05/1994 |
| TWIN D | 2,282,115 | 09/29/1999 |
| What's In The Ground Is On The Screen | 1,845,504 | 07/19/1994 |
| White's | 1,162,578 | 07/28/1981 |
| White's & Design | 1,164,465 | 08/11/1981 |
| XLT (Spectrum XLT) | 1,931,295 | 10/31/1995 |

Foreign TM's

| Angola – | | |
| --- | --- | --- |
| GMT | 32,334 | 06/13/2012 |
| White's | 32,335 | 06/13/2012 |
| White's & Design | 32,333 | 06/13/2012 |

TRADEMARK
REEL: 007149 FRAME: 0774

**Australia –**
| | | |
|---|---|---|
| Coinmaster | 337,198 | 05/16/1983 |
| Goldmaster | 339,412 | 10/25/1979 |
| White's | 342,804 | 02/14/1985 |
| White's & Design | 337,199 | 10/18/1984 |

**Benelux -**
| | | |
|---|---|---|
| White's | 435,053 | 03/06/1987 |
| White's & Design | 433,811 | 03/06/1987 |

**Canada -**
| | | |
|---|---|---|
| Coinmaster | 247,248 | 10/16/1979 |
| Goldmaster | 252,474 | 05/15/1980 |
| White's | 256,230 | 02/21/1980 |
| White's & Design | 256,229 | 02/21/1980 |

**China -**
| | | |
|---|---|---|
| GMT | 10227117 | 08/07/2014 |
| White's | 10227081 | 04/14/2014 |
| White's & Design | 10227118 | 09/21/2015 |

**Egypt –**
| | | |
|---|---|---|
| GMT | 227274 | 11/04/2015 |
| White's & Design | 227272 | 02/07/2017 |

**France -**
| | | |
|---|---|---|
| White's | 1,411,024 | 05/27/1987 |
| White's & Design | 1,411,025 | 05/27/1987 |

**Honduras -**
| | | |
|---|---|---|
| GMT | 122166 | 10/30/2012 |
| White's | 122165 | 10/30/2012 |
| White's & Design | 122168 | 10/30/2012 |

**Hong Kong -**
| | | |
|---|---|---|
| GMT | 302383939 | 02/09/2012 |
| White's | 302383911 | 02/09/2012 |
| White's & Design | 302838920 | 02/09/2012 |

**India -**
| | | |
|---|---|---|
| SPECTRA-SCAN & Design | 2285492 | 02/17/2022 |

**Indonesia --**
| | | |
|---|---|---|
| GMT | D00 2012 026895 | 06/07/2012 |
| White's   IDM000445183 | D00 2012 026892 | 06/07/2012 |

27028119v.2

White's & Design          IDM000445184          D00 2012 026894          06/07/2012

**African Union (OAPI) –**
GMT                                              3201201634          11/06/2012
White's                                          3201201633          11/06/2012
White's & Design                                 3201201635          11/06/2012

**United Arab Emirates -**
GMT                                              165842              08/05/2012
White's & Design                                 165841              08/05/2012

**United Kingdom -**
Beachcomber                                      B1,139,624          09/01/1980
Goldmaster                                        B1,122,847          10/23/1979
White's                                          B1,119,683          08/24/1979
White's & Design                                 B1,119,682          08/24/1979

**Patents:**

| Patent # | Issue Date | Patent Title |
|---|---|---|
| **United States:** | | |
| 10,228,481 | 03/12/2019 | Ground Eliminating Metal Detector |
| 9,989,663 | 6/5/2018 | Auto Nulling of Induction Balance Metal Detector Coils |
| 9,285,496 | 3/15/2016 | Truncated Half-Sine Methods for Metal Detectors |
| 8,878,515 | 11/4/2014 | Constant Current Metal Detector |
| 8,749,240 | 6/10/2014 | Time Domain Method and Apparatus for Metal Detectors |
| 8,729,902 | 5/20/2014 | Metal Detector Analysis and Display Methods |
| 8,629,677 | 1/14/2014 | Hybrid Induction Balance/Pulse Induction Metal Detector |
| 7,994,789 | 8/9/2011 | Dual Field Search Coil for Pulse Induction Metal Detector |
| 7,649,356 | 1/19/2010 | Pulse Induction Metal Detector Having High Energy Efficiency and Sensitivity |

27028119v.2

| | | |
|---|---|---|
| 7,391,217 | 6/24/2008 | Metal Detection Methods and Apparatus Wherein a Numeric Representation of the Sense Signal and a Noise Contribution to the Sense Signal are Produced |
| 7,148,692 | 12/12/2006 | Detector for Non-Ferrous Metals with Reduced False Positive Responses |
| 7,088,103 | 8/8/2006 | Metal Detector Having a Plurality of Phase Delay Discrimination Regions with Corresponding Selectable Exception Spaces Therein |
| 6,911,823 | 6/28/2005 | Metal Detector Employing Static Discrimination |
| 6,879,161 | 4/12/2005 | Method and Apparatus for Distinguishing Metal Objects Employing Multiple Frequency Interrogation |
| 5,654,638 | 8/5/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment |
| 5,642,050 | 6/24/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment Using a Target Model |
| 5,596,277 | 1/21/1997 | Method and Apparatus for Displaying Signal Information from a Metal Detector |
| 5,523,690 | 6/4/1996 | Metal Detector With Bivariate Display |
| 5,414,411 | 5/9/1995 | Pulse Induction Metal Detector |
| 4,868,910 | 9/19/1989 | Metal Detector With Microprocessor Control and Analysis |
| 4,862,316 | 8/29/1989 | Static Charge Dissipating Housing For Metal Detector Search Loop Assembly |
| 4,783,630 | 11/8/1988 | Metal Detector With Circuits For Automatically Screening Out The Effects Of Offset And Mineralized Ground |
| 4,293,816 | 10/6/1981 | Balanced Search Loop For Metal Detector |
| 4,249,128 | 2/3/1988 | Wide Pulse Gated Metal Detector With Improved Noise Rejection |

**TRADEMARK**
**REEL: 007149 FRAME: 0777**

| 4,110,679 | 8/29/1978 | Ferrous / Non-Ferrous Metal Detector Using Sampling |
| 4,030,026 | 6/14/1977 | Sampling Metal Detector |
| 4,024,468 | 5/17/1977 | Induction Balance Metal Detector W Inverse Discrimination |

**Canadian**

| 1,165,817 | 4/17/1984 | Balanced Search Loop for Noise Rejection |
| 1,118,867 | 2/23/1982 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |
| 1,038,036 | 9/5/1978 | Sampling Metal Detector |

Australia

| 531,967 | 5/23/1980 | Balanced Search Loop for Metal Detector |
| 524,793 | 2/2/1979 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |

**United Kingdom**

| 1,548,239 | 3/29/1976 | Sampling Metal Detector |

**Mexico**

| 147,016 | 2/6/1979 | Sensitized Wide Pulse Metal Detector With Improved Noise Rejection |

**France**

| 2,416,485 | 2/5/1979 | |
| 9,207,315 | 12/8/15 | Metal Detector with Motion Sensing |
| 7,391,217 | 6/4/2008 | Metal Detection Methods And Apparatus Wherein A Numeric Representation of The Sense Signal And A Noise Contribution To The Sense Signal Are Produced |
| 6,421,621 | 7/16/2002 | Metal Detector Target Identification Using Flash Phase Analysis |
| 6,172,504 | 1/9/2001 | Metal Detector Target Identification Using Flash Phase Analysis |

27028119v.2

| 13/166,865 | 6/23/2011 | Metal Detector with Dynamic Induction |
| 13/420,000 | 3/14/2012 | Metal Detector Probe |

**Australia:**

| 2011203055 | 6/23/2011 | Hybrid Induction Balance/Pulse Induction Metal Detector |

**Copyrights:**

Computer Software entitled DISPLAY.ASM (1993) - U.S. Copyright Registration Number: TX 3-580-870

EAGLE SPECTRUM SOURCE CODE - U.S. Copyright Registration Number: TX 3-582-613

All catalogs of White's Electronics, Inc.

All calendars of White's Electronics, Inc.

All websites of White's Electronics, Inc., including https://www.whiteselectronics.com

27028119v.2

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,506,112

Registered Nov. 13, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## BEACHHUNTER

WHITE'S ELECTRONICS, INC. (OREGON COR-
PORATION)
1011 PLEASANT VALLEY ROAD
SWEET HOME, OR 97386

FOR: METAL DETECTORS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 5-23-2000; IN COMMERCE 5-23-2000.

OWNER OF U.S. REG. NO. 1,174,981.

SER. NO. 76-087,924, FILED 7-12-2000.

LAURIE MAYES, EXAMINING ATTORNEY



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2506112     SERIAL NO: 76/087924     MAILING DATE:  06/09/2011
REGISTRATION DATE: 11/13/2001
MARK:  BEACHHUNTER
REGISTRATION OWNER:  White's Electronics, Inc.

**CORRESPONDENCE ADDRESS:**
WILLIAM O. GENY
CHERNOFF, VILHAUER, MCCLUNG & STENZEL
Suite 1600
601 SW SECOND AVE.
PORTLAND OR 97204-3157

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*********************************************

# NOTICE OF RENEWAL
15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

*********************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
009.

NO EMPLOYEE NAME FOUND
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION**
**CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                    ETAS ID: TM617252
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| White's Electronics, Inc. | | 10/16/2020 | Corporation: OREGON |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Garrett Electronics, Inc. |
| Also Known As: | Garrett Metal Detectors |
| Street Address: | 1881 West State Street |
| City: | Garland |
| State/Country: | TEXAS |
| Postal Code: | 75042 |
| Entity Type: | Corporation: TEXAS |

## PROPERTY NUMBERS Total: 28

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3625381 | AUTO TRAC |
| Registration Number: | 2506112 | BEACHHUNTER |
| Registration Number: | 2244539 | BULLSEYE |
| Registration Number: | 3787349 | COINMASTER |
| Registration Number: | 4279627 | GMT |
| Registration Number: | 4310704 | PROSTAR |
| Registration Number: | 3617044 | SPECTRA |
| Registration Number: | 3787350 | TREASUREMASTER |
| Registration Number: | 5167162 | XVENTURE |
| Registration Number: | 1787960 | AUTO-SCAN |
| Registration Number: | 1462631 | EAGLE |
| Registration Number: | 1654807 | GOLDMASTER |
| Registration Number: | 0901798 | GOLD MASTER |
| Registration Number: | 1934157 | MAXIMA |
| Registration Number: | 2905987 | PRIZM |
| Registration Number: | 1817380 | SIGNAGRAPH |
| Registration Number: | 3667755 | SPECTRAGRAPH |
| Registration Number: | 3944896 | SPECTRAMAXX |

OP  $715.00  3625381

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 3667751 | SPECTRASOUND |
| **Registration Number:** | 4369361 | SPECTRA-SCAN |
| **Registration Number:** | 4373216 | SPECTRA-SCAN |
| **Registration Number:** | 1749289 | SPECTRUM |
| **Registration Number:** | 1636048 | SURF MASTER |
| **Registration Number:** | 2282115 | TWIN D |
| **Registration Number:** | 1845504 | WHAT'S IN THE GROUND IS ON THE SCREEN |
| **Registration Number:** | 1162578 | WHITE'S |
| **Registration Number:** | 1164465 | WHITE'S |
| **Registration Number:** | 1931295 | XLT |

**CORRESPONDENCE DATA**

**Fax Number:**     2149813400

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:**     214-981-3308

**Email:**     jchester@sidley.com

**Correspondent Name:**     Julia M. Chester c/o Sidley Austin LLP

**Address Line 1:**     2021 McKinney Avenue

**Address Line 2:**     Suite 2000

**Address Line 4:**     Dallas, TEXAS 75201

| NAME OF SUBMITTER: | Julia M. Chester |
|---|---|
| SIGNATURE: | /Julia M. Chester/ |
| DATE SIGNED: | 12/29/2020 |

**Total Attachments: 9**

source=White's Electronics Assignment to Garrett Electronics#page1.tif
source=White's Electronics Assignment to Garrett Electronics#page2.tif
source=White's Electronics Assignment to Garrett Electronics#page3.tif
source=White's Electronics Assignment to Garrett Electronics#page4.tif
source=White's Electronics Assignment to Garrett Electronics#page5.tif
source=White's Electronics Assignment to Garrett Electronics#page6.tif
source=White's Electronics Assignment to Garrett Electronics#page7.tif
source=White's Electronics Assignment to Garrett Electronics#page8.tif
source=White's Electronics Assignment to Garrett Electronics#page9.tif

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Assignment Agreement (this "**Assignment**"), made to be effective as of October 16, 2020, is by and between White's Electronics, Inc., an Oregon corporation ("**Assignor**") and Garrett Electronics, Inc., a Texas corporation, d/b/a Garrett Metal Detectors ("**Assignee**");

WHEREAS, concurrently with the execution and delivery hereof, Assignor, Assignee, and the other parties named therein are entering into an Asset Purchase Agreement (the "**Purchase Agreement**");

WHEREAS, the Purchase Agreement provides that Assignor shall sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets (as defined in the Purchase Agreement), including the intellectual property assets identified on Schedule A to this Assignment (the "**Intellectual Property Assets**");

WHEREAS, Assignor desires to deliver to Assignee such instruments of assignment as are necessary or appropriate in order to sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets; and

WHEREAS, pursuant to Article II of the Purchase Agreement, Assignor has agreed to execute and deliver this Assignment to Assignee;

NOW, THEREFORE, in consideration of the premises, the terms and conditions set forth herein, the mutual benefits to be derived by the performance thereof, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor agrees as follows:

1.      Assignor does hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all of Assignor's rights, title, and interest in and to the Intellectual Property Assets throughout the world.

2.      For all trademarks and tradenames included within the Intellectual Property Assets ("**Trademarks**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all goodwill of the business associated with the Trademarks and the registrations therefor, as well as any common law rights which may exist and are associated therewith, together with the goodwill of the business symbolized thereby and appurtenant thereto.

3.      For all inventions, patentable subject matter, patents, and applications therefore comprised in, disclosed by, or otherwise include within the Intellectual Property Assets ("**Patents**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, the entire right, title, and interest within the United States and throughout the world of Assignor in and to said Patents, and any patents that may issue for said inventions in the United States and in all countries and territories foreign to the United States, including the full right to claim for any such patent applications included therein, all benefits and priority rights under any applicable convention; together with the entire right, title, and interest in and to all continuations, divisions, renewals, and extensions of any of such patent applications and patents included therein and any provisional application to which any of the patent applications included therein may claim priority; to have and to hold for the sole and exclusive use and benefit of Assignee, its successors and assigns, to the full end of the term and terms for all such Patents.

4.      Assignor does hereby sell, assign, transfer, and set over onto Assignee, its successors, and assigns, all claims for damages by reason of past infringement or unauthorized use of any of the Intellectual

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.    Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.    Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
an Oregon corporation

By *Mary A White*
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
a Texas corporation

By_____
_____, its authorized representative

27028119v.2

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.        Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.        Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.   In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
an Oregon corporation

By_____
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
a Texas corporation

By_____
_____, its authorized representative

270281l19v.2

## SCHEDULE A
## INTELLECTUAL PROPERTY ASSETS

**Trademarks:**

| United States TM's | TM # | Issue Date |
|---|---|---|
| AUTO TRAC | 3,625,381 | 05/26/2009 |
| BeachHunter | 2,506,112 | 11/13/2001 |
| Bullseye | 2,244,539 | 05/11/1999 |
| Coinmaster | 3,787,349 | 05/11/2010 |
| GMT | 4,279,627 | 01/22/2013 |
| Pro Star | 4,310,704 | 03/26/2013 |
| SPECTRA | 3,617,044 | 05/05/2009 |
| Treasuremaster | 3,787,350 | 05/11/2010 |
| XVENTURE | 5,167,162 | 03/21/2017 |
| AUTO-SCAN | 1,787,960 | 08/17/1993 |
| Eagle | 1,462,631 | 11/05/1992 |
| Goldmaster | 1,654,807 | 08/27/1991 |
| Gold Master & Design | 901,798 | 11/03/1970 |
| MAXIMA | 1,934,157 | 11/07/1995 |
| Prizm | 2,905,987 | 11/30/2004 |
| Signagraph | 1,817,380 | 01/18/1994 |
| Spectragraph | 3,667,755 | 08/11/2009 |
| SPECTRAMAXX | 3,944,896 | 04/12/2011 |
| Spectrasound | 3,667,751 | 08/11/2009 |
| SPECTRA-SCAN | 4,369,361 | 07/16/2013 |
| SPECTRA-SCAN & Design | 4,373,216 | 07/16/2013 |
| SPECTRUM | 1,749,289 | 01/26/1993 |
| Surfmaster | 1,636,048 | 02/26/1991 |
| Tube Placement Verifier System | 5,325,873 | 07/05/1994 |
| TWIN D | 2,282,115 | 09/29/1999 |
| What's In The Ground Is On The Screen | 1,845,504 | 07/19/1994 |
| White's | 1,162,578 | 07/28/1981 |
| White's & Design | 1,164,465 | 08/11/1981 |
| XLT (Spectrum XLT) | 1,931,295 | 10/31/1995 |

| Foreign TM's | | |
|---|---|---|
| **Angola –** | | |
| GMT | 32,334 | 06/13/2012 |
| White's | 32,335 | 06/13/2012 |
| White's & Design | 32,333 | 06/13/2012 |

27028119v.2

**Australia –**

| | | |
|---|---|---|
| Coinmaster | 337,198 | 05/16/1983 |
| Goldmaster | 339,412 | 10/25/1979 |
| White's | 342,804 | 02/14/1985 |
| White's & Design | 337,199 | 10/18/1984 |

**Benelux -**

| | | |
|---|---|---|
| White's | 435,053 | 03/06/1987 |
| White's & Design | 433,811 | 03/06/1987 |

**Canada -**

| | | |
|---|---|---|
| Coinmaster | 247,248 | 10/16/1979 |
| Goldmaster | 252,474 | 05/15/1980 |
| White's | 256,230 | 02/21/1980 |
| White's & Design | 256,229 | 02/21/1980 |

**China -**

| | | |
|---|---|---|
| GMT | 10227117 | 08/07/2014 |
| White's | 10227081 | 04/14/2014 |
| White's & Design | 10227118 | 09/21/2015 |

**Egypt –**

| | | |
|---|---|---|
| GMT | 227274 | 11/04/2015 |
| White's & Design | 227272 | 02/07/2017 |

**France -**

| | | |
|---|---|---|
| White's | 1,411,024 | 05/27/1987 |
| White's & Design | 1,411,025 | 05/27/1987 |

**Honduras -**

| | | |
|---|---|---|
| GMT | 122166 | 10/30/2012 |
| White's | 122165 | 10/30/2012 |
| White's & Design | 122168 | 10/30/2012 |

**Hong Kong -**

| | | |
|---|---|---|
| GMT | 302383939 | 02/09/2012 |
| White's | 302383911 | 02/09/2012 |
| White's & Design | 302838920 | 02/09/2012 |

**India -**

| | | |
|---|---|---|
| SPECTRA-SCAN & Design | 2285492 | 02/17/2022 |

**Indonesia –**

| | | |
|---|---|---|
| GMT | D00 2012 026895 | 06/07/2012 |
| White's   IDM000445183 | D00 2012 026892 | 06/07/2012 |

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0775**

| White's & Design | IDM000445184 | D00 2012 026894 | 06/07/2012 |

**African Union (OAPI) –**

| GMT | 3201201634 | 11/06/2012 |
| White's | 3201201633 | 11/06/2012 |
| White's & Design | 3201201635 | 11/06/2012 |

**United Arab Emirates -**

| GMT | 165842 | 08/05/2012 |
| White's & Design | 165841 | 08/05/2012 |

**United Kingdom -**

| Beachcomber | B1,139,624 | 09/01/1980 |
| Goldmaster | B1,122,847 | 10/23/1979 |
| White's | B1,119,683 | 08/24/1979 |
| White's & Design | B1,119,682 | 08/24/1979 |

**Patents:**

| Patent # | Issue Date | Patent Title |
| --- | --- | --- |
| **United States:** | | |
| 10,228,481 | 03/12/2019 | Ground Eliminating Metal Detector |
| 9,989,663 | 6/5/2018 | Auto Nulling of Induction Balance Metal Detector Coils |
| 9,285,496 | 3/15/2016 | Truncated Half-Sine Methods for Metal Detectors |
| 8,878,515 | 11/4/2014 | Constant Current Metal Detector |
| 8,749,240 | 6/10/2014 | Time Domain Method and Apparatus for Metal Detectors |
| 8,729,902 | 5/20/2014 | Metal Detector Analysis and Display Methods |
| 8,629,677 | 1/14/2014 | Hybrid Induction Balance/Pulse Induction Metal Detector |
| 7,994,789 | 8/9/2011 | Dual Field Search Coil for Pulse Induction Metal Detector |
| 7,649,356 | 1/19/2010 | Pulse Induction Metal Detector Having High Energy Efficiency and Sensitivity |

**TRADEMARK
REEL: 007149 FRAME: 0776**

| 7,391,217 | 6/24/2008 | Metal Detection Methods and Apparatus Wherein a Numeric Representation of the Sense Signal and a Noise Contribution to the Sense Signal are Produced |
| 7,148,692 | 12/12/2006 | Detector for Non-Ferrous Metals with Reduced False Positive Responses |
| 7,088,103 | 8/8/2006 | Metal Detector Having a Plurality of Phase Delay Discrimination Regions with Corresponding Selectable Exception Spaces Therein |
| 6,911,823 | 6/28/2005 | Metal Detector Employing Static Discrimination |
| 6,879,161 | 4/12/2005 | Method and Apparatus for Distinguishing Metal Objects Employing Multiple Frequency Interrogation |
| 5,654,638 | 8/5/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment |
| 5,642,050 | 6/24/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment Using a Target Model |
| 5,596,277 | 1/21/1997 | Method and Apparatus for Displaying Signal Information from a Metal Detector |
| 5,523,690 | 6/4/1996 | Metal Detector With Bivariate Display |
| 5,414,411 | 5/9/1995 | Pulse Induction Metal Detector |
| 4,868,910 | 9/19/1989 | Metal Detector With Microprocessor Control and Analysis |
| 4,862,316 | 8/29/1989 | Static Charge Dissipating Housing For Metal Detector Search Loop Assembly |
| 4,783,630 | 11/8/1988 | Metal Detector With Circuits For Automatically Screening Out The Effects Of Offset And Mineralized Ground |
| 4,293,816 | 10/6/1981 | Balanced Search Loop For Metal Detector |
| 4,249,128 | 2/3/1988 | Wide Pulse Gated Metal Detector With Improved Noise Rejection |

27028119v.2

| 4,110,679 | 8/29/1978 | Ferrous / Non-Ferrous Metal Detector Using Sampling |
| 4,030,026 | 6/14/1977 | Sampling Metal Detector |
| 4,024,468 | 5/17/1977 | Induction Balance Metal Detector W Inverse Discrimination |

**Canadian**

| 1,165,817 | 4/17/1984 | Balanced Search Loop for Noise Rejection |
| 1,118,867 | 2/23/1982 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |
| 1,038,036 | 9/5/1978 | Sampling Metal Detector |

Australia

| 531,967 | 5/23/1980 | Balanced Search Loop for Metal Detector |
| 524,793 | 2/2/1979 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |

**United Kingdom**

| 1,548,239 | 3/29/1976 | Sampling Metal Detector |

**Mexico**

| 147,016 | 2/6/1979 | Sensitized Wide Pulse Metal Detector With Improved Noise Rejection |

**France**

| 2,416,485 | 2/5/1979 | |
| 9,207,315 | 12/8/15 | Metal Detector with Motion Sensing |
| 7,391,217 | 6/4/2008 | Metal Detection Methods And Apparatus Wherein A Numeric Representation of The Sense Signal And A Noise Contribution To The Sense Signal Are Produced |
| 6,421,621 | 7/16/2002 | Metal Detector Target Identification Using Flash Phase Analysis |
| 6,172,504 | 1/9/2001 | Metal Detector Target Identification Using Flash Phase Analysis |

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0778**

| 13/166,865 | 6/23/2011 | Metal Detector with Dynamic Induction |
| 13/420,000 | 3/14/2012 | Metal Detector Probe |

**Australia:**

| 2011203055 | 6/23/2011 | Hybrid Induction Balance/Pulse Induction Metal Detector |

**Copyrights:**

Computer Software entitled DISPLAY.ASM (1993) - U.S. Copyright Registration Number: TX 3-580-870

EAGLE SPECTRUM SOURCE CODE - U.S. Copyright Registration Number: TX 3-582-613

All catalogs of White's Electronics, Inc.

All calendars of White's Electronics, Inc.

All websites of White's Electronics, Inc., including https://www.whiteselectronics.com

27028119v.2

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

Reg. No. 1,654,807
Registered Aug. 27, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## GOLDMASTER

WHITE'S ELECTRONICS, INC. (OREGON COR-
    PORATION)
1011 PLEASANT VALLEY ROAD
SWEET HOME, OR 97386

    FOR: MINERAL AND METAL DETECTORS,
IN CLASS 9 (U.S. CL. 26).

FIRST USE 5–8–1969; IN COMMERCE
5–9–1969.
    OWNER OF U.S. REG. NO. 901,798.

    SER. NO. 74–091,040, FILED 8–24–1990.

RUSS HERMAN, EXAMINING ATTORNEY



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO:  1654807     SERIAL NO:  74/091040     MAILING DATE:  02/22/2011
REGISTRATION DATE:  08/27/1991
MARK:  GOLDMASTER
REGISTRATION OWNER:  White's Electronics, Inc.

**CORRESPONDENCE ADDRESS:**
WILLIAM O. GENY
CHERNOFF, VILHAUER, MCCLUNG & STENZEL
1600 ODS TOWER
601 SW SECOND AVENUE
PORTLAND, OR 97204-3157

# NOTICE OF ACCEPTANCE

15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*********************************************

# NOTICE OF RENEWAL

15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

*********************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
009.

NO EMPLOYEE NAME FOUND
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, January 19, 2022 11:01 PM |
| **To:** | ipdocketing@sidley.com |
| **Cc:** | jchester@sidley.com ; sboughnou@sidley.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1654807: GOLDMASTER |

**U.S. Serial Number:** 74091040
**U.S. Registration Number:** 1654807
**U.S. Registration Date:** Aug 27, 1991
**Mark:** GOLDMASTER
**Owner:** GARRETT ELECTRONICS, INC.

Jan 19, 2022

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=74091040&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=74091040&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM617252

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| White's Electronics, Inc. | | 10/16/2020 | Corporation: OREGON |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Garrett Electronics, Inc. |
| Also Known As: | Garrett Metal Detectors |
| Street Address: | 1881 West State Street |
| City: | Garland |
| State/Country: | TEXAS |
| Postal Code: | 75042 |
| Entity Type: | Corporation: TEXAS |

## PROPERTY NUMBERS Total: 28

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3625381 | AUTO TRAC |
| Registration Number: | 2506112 | BEACHHUNTER |
| Registration Number: | 2244539 | BULLSEYE |
| Registration Number: | 3787349 | COINMASTER |
| Registration Number: | 4279627 | GMT |
| Registration Number: | 4310704 | PROSTAR |
| Registration Number: | 3617044 | SPECTRA |
| Registration Number: | 3787350 | TREASUREMASTER |
| Registration Number: | 5167162 | XVENTURE |
| Registration Number: | 1787960 | AUTO-SCAN |
| Registration Number: | 1462631 | EAGLE |
| Registration Number: | 1654807 | GOLDMASTER |
| Registration Number: | 0901798 | GOLD MASTER |
| Registration Number: | 1934157 | MAXIMA |
| Registration Number: | 2905987 | PRIZM |
| Registration Number: | 1817380 | SIGNAGRAPH |
| Registration Number: | 3667755 | SPECTRAGRAPH |
| Registration Number: | 3944896 | SPECTRAMAXX |

OP $715.00 3625381

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 3667751 | SPECTRASOUND |
| **Registration Number:** | 4369361 | SPECTRA-SCAN |
| **Registration Number:** | 4373216 | SPECTRA-SCAN |
| **Registration Number:** | 1749289 | SPECTRUM |
| **Registration Number:** | 1636048 | SURF MASTER |
| **Registration Number:** | 2282115 | TWIN D |
| **Registration Number:** | 1845504 | WHAT'S IN THE GROUND IS ON THE SCREEN |
| **Registration Number:** | 1162578 | WHITE'S |
| **Registration Number:** | 1164465 | WHITE'S |
| **Registration Number:** | 1931295 | XLT |

**CORRESPONDENCE DATA**

**Fax Number:**          2149813400

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:**                 214-981-3308
**Email:**                  jchester@sidley.com
**Correspondent Name:**   Julia M. Chester c/o Sidley Austin LLP
**Address Line 1:**        2021 McKinney Avenue
**Address Line 2:**        Suite 2000
**Address Line 4:**        Dallas, TEXAS 75201

| **NAME OF SUBMITTER:** | Julia M. Chester |
|---|---|
| **SIGNATURE:** | /Julia M. Chester/ |
| **DATE SIGNED:** | 12/29/2020 |

**Total Attachments: 9**
source=White's Electronics Assignment to Garrett Electronics#page1.tif
source=White's Electronics Assignment to Garrett Electronics#page2.tif
source=White's Electronics Assignment to Garrett Electronics#page3.tif
source=White's Electronics Assignment to Garrett Electronics#page4.tif
source=White's Electronics Assignment to Garrett Electronics#page5.tif
source=White's Electronics Assignment to Garrett Electronics#page6.tif
source=White's Electronics Assignment to Garrett Electronics#page7.tif
source=White's Electronics Assignment to Garrett Electronics#page8.tif
source=White's Electronics Assignment to Garrett Electronics#page9.tif

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Assignment Agreement (this "**Assignment**"), made to be effective as of October 16, 2020, is by and between White's Electronics, Inc., an Oregon corporation ("**Assignor**") and Garrett Electronics, Inc., a Texas corporation, d/b/a Garrett Metal Detectors ("**Assignee**").

WHEREAS, concurrently with the execution and delivery hereof, Assignor, Assignee, and the other parties named therein are entering into an Asset Purchase Agreement (the "**Purchase Agreement**");

WHEREAS, the Purchase Agreement provides that Assignor shall sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets (as defined in the Purchase Agreement), including the intellectual property assets identified on Schedule A to this Assignment (the "**Intellectual Property Assets**");

WHEREAS, Assignor desires to deliver to Assignee such instruments of assignment as are necessary or appropriate in order to sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets; and

WHEREAS, pursuant to Article II of the Purchase Agreement, Assignor has agreed to execute and deliver this Assignment to Assignee;

NOW, THEREFORE, in consideration of the premises, the terms and conditions set forth herein, the mutual benefits to be derived by the performance thereof, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor agrees as follows:

1.      Assignor does hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all of Assignor's rights, title, and interest in and to the Intellectual Property Assets throughout the world.

2.      For all trademarks and tradenames included within the Intellectual Property Assets ("**Trademarks**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all goodwill of the business associated with the Trademarks and the registrations therefor, as well as any common law rights which may exist and are associated therewith, together with the goodwill of the business symbolized thereby and appurtenant thereto.

3.      For all inventions, patentable subject matter, patents, and applications therefore comprised in, disclosed by, or otherwise include within the Intellectual Property Assets ("**Patents**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, the entire right, title, and interest within the United States and throughout the world of Assignor in and to said Patents, and any patents that may issue for said inventions in the United States and in all countries and territories foreign to the United States, including the full right to claim for any such patent applications included therein, all benefits and priority rights under any applicable convention; together with the entire right, title, and interest in and to all continuations, divisions, renewals, and extensions of any of such patent applications and patents included therein and any provisional application to which any of the patent applications included therein may claim priority; to have and to hold for the sole and exclusive use and benefit of Assignee, its successors and assigns, to the full end of the term and terms for all such Patents.

4.      Assignor does hereby sell, assign, transfer, and set over onto Assignee, its successors, and assigns, all claims for damages by reason of past infringement or unauthorized use of any of the Intellectual

27028119v.2

TRADEMARK
REEL: 007149 FRAME: 0771

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.       Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.       Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
an Oregon corporation

By _Mary A White_
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
a Texas corporation

By_____
_____, its authorized representative

27028119v.2

**TRADEMARK
REEL: 007149 FRAME: 0772**

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.      Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.      Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
    an Oregon corporation

By_____
    Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
    a Texas corporation

By_____
    _____, its authorized representative

27028119v.2

SCHEDULE A
INTELLECTUAL PROPERTY ASSETS

Trademarks:

| United States TM's | TM # | Issue Date |
|---|---|---|
| AUTO TRAC | 3,625,381 | 05/26/2009 |
| BeachHunter | 2,506,112 | 11/13/2001 |
| Bullseye | 2,244,539 | 05/11/1999 |
| Coinmaster | 3,787,349 | 05/11/2010 |
| GMT | 4,279,627 | 01/22/2013 |
| Pro Star | 4,310,704 | 03/26/2013 |
| SPECTRA | 3,617,044 | 05/05/2009 |
| Treasuremaster | 3,787,350 | 05/11/2010 |
| XVENTURE | 5,167,162 | 03/21/2017 |
| AUTO-SCAN | 1,787,960 | 08/17/1993 |
| Eagle | 1,462,631 | 11/05/1992 |
| Goldmaster | 1,654,807 | 08/27/1991 |
| Gold Master & Design | 901,798 | 11/03/1970 |
| MAXIMA | 1,934,157 | 11/07/1995 |
| Prizm | 2,905,987 | 11/30/2004 |
| Signagraph | 1,817,380 | 01/18/1994 |
| Spectragraph | 3,667,755 | 08/11/2009 |
| SPECTRAMAXX | 3,944,896 | 04/12/2011 |
| Spectrasound | 3,667,751 | 08/11/2009 |
| SPECTRA-SCAN | 4,369,361 | 07/16/2013 |
| SPECTRA-SCAN & Design | 4,373,216 | 07/16/2013 |
| SPECTRUM | 1,749,289 | 01/26/1993 |
| Surfmaster | 1,636,048 | 02/26/1991 |
| Tube Placement Verifier System | 5,325,873 | 07/05/1994 |
| TWIN D | 2,282,115 | 09/29/1999 |
| What's In The Ground Is On The Screen | 1,845,504 | 07/19/1994 |
| White's | 1,162,578 | 07/28/1981 |
| White's & Design | 1,164,465 | 08/11/1981 |
| XLT (Spectrum XLT) | 1,931,295 | 10/31/1995 |

Foreign TM's

| Angola – | | |
|---|---|---|
| GMT | 32,334 | 06/13/2012 |
| White's | 32,335 | 06/13/2012 |
| White's & Design | 32,333 | 06/13/2012 |

27028119v.2

TRADEMARK
REEL: 007149 FRAME: 0774

**Australia –**
| | | |
|---|---|---|
| Coinmaster | 337,198 | 05/16/1983 |
| Goldmaster | 339,412 | 10/25/1979 |
| White's | 342,804 | 02/14/1985 |
| White's & Design | 337,199 | 10/18/1984 |

**Benelux -**
| | | |
|---|---|---|
| White's | 435,053 | 03/06/1987 |
| White's & Design | 433,811 | 03/06/1987 |

**Canada -**
| | | |
|---|---|---|
| Coinmaster | 247,248 | 10/16/1979 |
| Goldmaster | 252,474 | 05/15/1980 |
| White's | 256,230 | 02/21/1980 |
| White's & Design | 256,229 | 02/21/1980 |

**China -**
| | | |
|---|---|---|
| GMT | 10227117 | 08/07/2014 |
| White's | 10227081 | 04/14/2014 |
| White's & Design | 10227118 | 09/21/2015 |

**Egypt –**
| | | |
|---|---|---|
| GMT | 227274 | 11/04/2015 |
| White's & Design | 227272 | 02/07/2017 |

**France -**
| | | |
|---|---|---|
| White's | 1,411,024 | 05/27/1987 |
| White's & Design | 1,411,025 | 05/27/1987 |

**Honduras -**
| | | |
|---|---|---|
| GMT | 122166 | 10/30/2012 |
| White's | 122165 | 10/30/2012 |
| White's & Design | 122168 | 10/30/2012 |

**Hong Kong -**
| | | |
|---|---|---|
| GMT | 302383939 | 02/09/2012 |
| White's | 302383911 | 02/09/2012 |
| White's & Design | 302838920 | 02/09/2012 |

**India -**
| | | |
|---|---|---|
| SPECTRA-SCAN & Design | 2285492 | 02/17/2022 |

**Indonesia –**
| | | |
|---|---|---|
| GMT | D00 2012 026895 | 06/07/2012 |
| White's   IDM000445183 | D00 2012 026892 | 06/07/2012 |

**TRADEMARK**
**REEL: 007149 FRAME: 0775**

| White's & Design | IDM000445184 | D00 2012 026894 | 06/07/2012 |

**African Union (OAPI) –**

| GMT | 3201201634 | 11/06/2012 |
| White's | 3201201633 | 11/06/2012 |
| White's & Design | 3201201635 | 11/06/2012 |

**United Arab Emirates -**

| GMT | 165842 | 08/05/2012 |
| White's & Design | 165841 | 08/05/2012 |

**United Kingdom -**

| Beachcomber | B1,139,624 | 09/01/1980 |
| Goldmaster | B1,122,847 | 10/23/1979 |
| White's | B1,119,683 | 08/24/1979 |
| White's & Design | B1,119,682 | 08/24/1979 |

**Patents:**

| Patent # | Issue Date | Patent Title |
|---|---|---|
| **United States:** | | |
| 10,228,481 | 03/12/2019 | Ground Eliminating Metal Detector |
| 9,989,663 | 6/5/2018 | Auto Nulling of Induction Balance Metal Detector Coils |
| 9,285,496 | 3/15/2016 | Truncated Half-Sine Methods for Metal Detectors |
| 8,878,515 | 11/4/2014 | Constant Current Metal Detector |
| 8,749,240 | 6/10/2014 | Time Domain Method and Apparatus for Metal Detectors |
| 8,729,902 | 5/20/2014 | Metal Detector Analysis and Display Methods |
| 8,629,677 | 1/14/2014 | Hybrid Induction Balance/Pulse Induction Metal Detector |
| 7,994,789 | 8/9/2011 | Dual Field Search Coil for Pulse Induction Metal Detector |
| 7,649,356 | 1/19/2010 | Pulse Induction Metal Detector Having High Energy Efficiency and Sensitivity |

27028119v.2

| 7,391,217 | 6/24/2008 | Metal Detection Methods and Apparatus Wherein a Numeric Representation of the Sense Signal and a Noise Contribution to the Sense Signal are Produced |
| 7,148,692 | 12/12/2006 | Detector for Non-Ferrous Metals with Reduced False Positive Responses |
| 7,088,103 | 8/8/2006 | Metal Detector Having a Plurality of Phase Delay Discrimination Regions with Corresponding Selectable Exception Spaces Therein |
| 6,911,823 | 6/28/2005 | Metal Detector Employing Static Discrimination |
| 6,879,161 | 4/12/2005 | Method and Apparatus for Distinguishing Metal Objects Employing Multiple Frequency Interrogation |
| 5,654,638 | 8/5/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment |
| 5,642,050 | 6/24/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment Using a Target Model |
| 5,596,277 | 1/21/1997 | Method and Apparatus for Displaying Signal Information from a Metal Detector |
| 5,523,690 | 6/4/1996 | Metal Detector With Bivariate Display |
| 5,414,411 | 5/9/1995 | Pulse Induction Metal Detector |
| 4,868,910 | 9/19/1989 | Metal Detector With Microprocessor Control and Analysis |
| 4,862,316 | 8/29/1989 | Static Charge Dissipating Housing For Metal Detector Search Loop Assembly |
| 4,783,630 | 11/8/1988 | Metal Detector With Circuits For Automatically Screening Out The Effects Of Offset And Mineralized Ground |
| 4,293,816 | 10/6/1981 | Balanced Search Loop For Metal Detector |
| 4,249,128 | 2/3/1988 | Wide Pulse Gated Metal Detector With Improved Noise Rejection |

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0777**

| | | |
|---|---|---|
| 4,110,679 | 8/29/1978 | Ferrous / Non-Ferrous Metal Detector Using Sampling |
| 4,030,026 | 6/14/1977 | Sampling Metal Detector |
| 4,024,468 | 5/17/1977 | Induction Balance Metal Detector W Inverse Discrimination |
| **Canadian** 1,165,817 | 4/17/1984 | Balanced Search Loop for Noise Rejection |
| 1,118,867 | 2/23/1982 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |
| 1,038,036 | 9/5/1978 | Sampling Metal Detector |
| Australia 531,967 | 5/23/1980 | Balanced Search Loop for Metal Detector |
| 524,793 | 2/2/1979 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |
| **United Kingdom** 1,548,239 | 3/29/1976 | Sampling Metal Detector |
| **Mexico** 147,016 | 2/6/1979 | Sensitized Wide Pulse Metal Detector With Improved Noise Rejection |
| **France** 2,416,485 | 2/5/1979 | |
| 9,207,315 | 12/8/15 | Metal Detector with Motion Sensing |
| 7,391,217 | 6/4/2008 | Metal Detection Methods And Apparatus Wherein A Numeric Representation of The Sense Signal And A Noise Contribution To The Sense Signal Are Produced |
| 6,421,621 | 7/16/2002 | Metal Detector Target Identification Using Flash Phase Analysis |
| 6,172,504 | 1/9/2001 | Metal Detector Target Identification Using Flash Phase Analysis |

27028119v.2

| | | |
|---|---|---|
| 13/166,865 | 6/23/2011 | Metal Detector with Dynamic Induction |
| 13/420,000 | 3/14/2012 | Metal Detector Probe |
| **Australia:** 2011203055 | 6/23/2011 | Hybrid Induction Balance/Pulse Induction Metal Detector |

**Copyrights:**

Computer Software entitled DISPLAY.ASM (1993) - U.S. Copyright Registration Number: TX 3-580-870

EAGLE SPECTRUM SOURCE CODE - U.S. Copyright Registration Number: TX 3-582-613

All catalogs of White's Electronics, Inc.

All calendars of White's Electronics, Inc.

All websites of White's Electronics, Inc., including https://www.whiteselectronics.com ·

27028119v.2



# United States of America
## United States Patent and Trademark Office

# SUPERWAND

**Reg. No. 3,818,179**
**Registered July 13, 2010**

GARRETT ELECTRONICS, INC. (TEXAS CORPORATION)
1881 WEST STATE STREET
GARLAND, TX 75042

**Int. Cl.: 9**

FOR: METAL DETECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-886,796, FILED 12-4-2009.

LAURIE KAUFMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, August 20, 2020 11:04 PM |
| **To:** | ipdocketing@sidley.com |
| **Cc:** | jchester@sidley.com ;  sboughnou@sidley.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3818179: SUPERWAND: Docket/Reference No. 10778-21001 |

**U.S. Serial Number:**  77886796
**U.S. Registration Number:**  3818179
**U.S. Registration Date:**  Jul 13, 2010
**Mark:**  SUPERWAND
**Owner:**  Garrett Electronics, Inc.

Aug 20, 2020

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77886796&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77886796&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   *    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**



# United States of America

## United States Patent and Trademark Office

# GARRETT THD

**Reg. No. 3,790,254**

**Registered May 18, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

GARRETT ELECTRONICS, INC. (TEXAS CORPORATION)
1881 WEST STATE STREET
GARLAND, TX 75042

FOR: METAL DETECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-25-2003; IN COMMERCE 4-25-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-886,651, FILED 12-4-2009.

SUNG IN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, July 21, 2020 11:03 PM |
| **To:** | ipdocketing@sidley.com |
| **Cc:** | jchester@sidley.com ; sboughnou@sidley.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3790254: GARRETT THD: Docket/Reference No. 10778-21101 |

**U.S. Serial Number:** 77886651
**U.S. Registration Number:** 3790254
**U.S. Registration Date:** May 18, 2010
**Mark:** GARRETT THD
**Owner:** Garrett Electronics, Inc.

Jul 21, 2020

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\****

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77886651&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77886651&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*     **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America
## United States Patent and Trademark Office

GARRETT QUALITY MADE IN
USA ISO 9001 CERTIFIED

**Reg. No. 4,001,143**

**Registered July 26, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

GARRETT ELECTRONICS, INC. (TEXAS CORPORATION)
1881 WEST STATE STREET
GARLAND, TX 75042

FOR: METAL DETECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-11-2009; IN COMMERCE 11-11-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,790,254, 3,802,639, AND 3,809,839.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MADE IN USA ISO 9001
CERTIFIED", APART FROM THE MARK AS SHOWN.

SER. NO. 85-072,743, FILED 6-28-2010.

ANDREA HACK, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, December 1, 2021 11:02 PM |
| **To:** | ipdocketing@sidley.com |
| **Cc:** | jchester@sidley.com ;  sboughnou@sidley.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 4001143: GARRETT QUALITY MADE IN USA ISO 9001 CER etc.: Docket/Reference No. 10778-21201 |

**U.S. Serial Number:**  85072743
**U.S. Registration Number:**  4001143
**U.S. Registration Date:**  Jul 26, 2011
**Mark:**  GARRETT QUALITY MADE IN USA ISO 9001 CER etc.
**Owner:**  Garrett Electronics, Inc.

Dec 1, 2021

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85072743&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85072743&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**



# United States of America
## United States Patent and Trademark Office

# PRO-POINTER

**Reg. No. 3,713,049**
Registered Nov. 17, 2009

**Int. Cl.: 9**

**TRADEMARK**
**PRINCIPAL REGISTER**

GARRETT ELECTRONICS, INC. (TEXAS CORPORATION)
1881 WEST STATE STREET
GARLAND, TX 750426797

FOR: HAND-HELD METAL DETECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-27-2008; IN COMMERCE 8-27-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-548,143, FILED 8-15-2008.

CHARLES L. JENKINS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, December 14, 2019 11:35 PM |
| **To:** | ipdocketing@sidley.com |
| **Cc:** | jchester@sidley.com ; sboughnou@sidley.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3713049: PRO-POINTER: Docket/Reference No. 10778-19601 |

**U.S. Serial Number:** 77548143
**U.S. Registration Number:** 3713049
**U.S. Registration Date:** Nov 17, 2009
**Mark:** PRO-POINTER
**Owner:** Garrett Electronics, Inc.

Dec 14, 2019

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77548143&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77548143&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office

Reg. No. 1,636,048
Registered Feb. 26, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## SURF MASTER

WHITE'S ELECTRONICS, INC. (OREGON COR-
PORATION)
1011 PLEASANT VALLEY ROAD
SWEET HOME, OR 97386

FOR: METAL DETECTORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 0–0–1977; IN COMMERCE
0–0–1977.

SER. NO. 74–054,260, FILED 4–30–1990.

J. TINGLEY, EXAMINING ATTORNEY

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO:  1636048      SERIAL NO:  74/054260      MAILING DATE:  02/02/2011
REGISTRATION DATE:  02/26/1991
MARK:  SURF MASTER
REGISTRATION OWNER:  White's Electronics, Inc.

**CORRESPONDENCE ADDRESS:**
WILLIAM O. GENY
CHERNOFF, VILHAUER, MCCLUNG & STENZEL
Suite 1600
601 SW SECOND AVENUE
PORTLAND OR 97204-3157

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*********************************************

# NOTICE OF RENEWAL
15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

*********************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
009.

NO EMPLOYEE NAME FOUND
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

Case 1:24-cv-24346-JEM  Document 1-1  Entered on FLSD Docket 11/05/2024  Page 96 of 134

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM617252

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| White's Electronics, Inc. | | 10/16/2020 | Corporation: OREGON |

### RECEIVING PARTY DATA

| | |
|---|---|
| **Name:** | Garrett Electronics, Inc. |
| **Also Known As:** | Garrett Metal Detectors |
| **Street Address:** | 1881 West State Street |
| **City:** | Garland |
| **State/Country:** | TEXAS |
| **Postal Code:** | 75042 |
| **Entity Type:** | Corporation: TEXAS |

### PROPERTY NUMBERS Total: 28

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3625381 | AUTO TRAC |
| Registration Number: | 2506112 | BEACHHUNTER |
| Registration Number: | 2244539 | BULLSEYE |
| Registration Number: | 3787349 | COINMASTER |
| Registration Number: | 4279627 | GMT |
| Registration Number: | 4310704 | PROSTAR |
| Registration Number: | 3617044 | SPECTRA |
| Registration Number: | 3787350 | TREASUREMASTER |
| Registration Number: | 5167162 | XVENTURE |
| Registration Number: | 1787960 | AUTO-SCAN |
| Registration Number: | 1462631 | EAGLE |
| Registration Number: | 1654807 | GOLDMASTER |
| Registration Number: | 0901798 | GOLD MASTER |
| Registration Number: | 1934157 | MAXIMA |
| Registration Number: | 2905987 | PRIZM |
| Registration Number: | 1817380 | SIGNAGRAPH |
| Registration Number: | 3667755 | SPECTRAGRAPH |
| Registration Number: | 3944896 | SPECTRAMAXX |

OP  $715.00  3625381

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3667751 | SPECTRASOUND |
| Registration Number: | 4369361 | SPECTRA-SCAN |
| Registration Number: | 4373216 | SPECTRA-SCAN |
| Registration Number: | 1749289 | SPECTRUM |
| Registration Number: | 1636048 | SURF MASTER |
| Registration Number: | 2282115 | TWIN D |
| Registration Number: | 1845504 | WHAT'S IN THE GROUND IS ON THE SCREEN |
| Registration Number: | 1162578 | WHITE'S |
| Registration Number: | 1164465 | WHITE'S |
| Registration Number: | 1931295 | XLT |

**CORRESPONDENCE DATA**

**Fax Number:**        2149813400

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:**        214-981-3308
**Email:**        jchester@sidley.com
**Correspondent Name:**    Julia M. Chester c/o Sidley Austin LLP
**Address Line 1:**    2021 McKinney Avenue
**Address Line 2:**    Suite 2000
**Address Line 4:**    Dallas, TEXAS 75201

| NAME OF SUBMITTER: | Julia M. Chester |
|---|---|
| SIGNATURE: | /Julia M. Chester/ |
| DATE SIGNED: | 12/29/2020 |

**Total Attachments: 9**
source=White's Electronics Assignment to Garrett Electronics#page1.tif
source=White's Electronics Assignment to Garrett Electronics#page2.tif
source=White's Electronics Assignment to Garrett Electronics#page3.tif
source=White's Electronics Assignment to Garrett Electronics#page4.tif
source=White's Electronics Assignment to Garrett Electronics#page5.tif
source=White's Electronics Assignment to Garrett Electronics#page6.tif
source=White's Electronics Assignment to Garrett Electronics#page7.tif
source=White's Electronics Assignment to Garrett Electronics#page8.tif
source=White's Electronics Assignment to Garrett Electronics#page9.tif

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Assignment Agreement (this "**Assignment**"), made to be effective as of October 16, 2020, is by and between White's Electronics, Inc., an Oregon corporation ("**Assignor**") and Garrett Electronics, Inc., a Texas corporation, d/b/a Garrett Metal Detectors ("**Assignee**").

WHEREAS, concurrently with the execution and delivery hereof, Assignor, Assignee, and the other parties named therein are entering into an Asset Purchase Agreement (the "**Purchase Agreement**");

WHEREAS, the Purchase Agreement provides that Assignor shall sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets (as defined in the Purchase Agreement), including the intellectual property assets identified on Schedule A to this Assignment (the "**Intellectual Property Assets**");

WHEREAS, Assignor desires to deliver to Assignee such instruments of assignment as are necessary or appropriate in order to sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets; and

WHEREAS, pursuant to Article II of the Purchase Agreement, Assignor has agreed to execute and deliver this Assignment to Assignee;

NOW, THEREFORE, in consideration of the premises, the terms and conditions set forth herein, the mutual benefits to be derived by the performance thereof, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor agrees as follows:

1.      Assignor does hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all of Assignor's rights, title, and interest in and to the Intellectual Property Assets throughout the world.

2.      For all trademarks and tradenames included within the Intellectual Property Assets ("**Trademarks**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all goodwill of the business associated with the Trademarks and the registrations therefor, as well as any common law rights which may exist and are associated therewith, together with the goodwill of the business symbolized thereby and appurtenant thereto.

3.      For all inventions, patentable subject matter, patents, and applications therefore comprised in, disclosed by, or otherwise include within the Intellectual Property Assets ("**Patents**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, the entire right, title, and interest within the United States and throughout the world of Assignor in and to said Patents, and any patents that may issue for said inventions in the United States and in all countries and territories foreign to the United States, including the full right to claim for any such patent applications included therein, all benefits and priority rights under any applicable convention; together with the entire right, title, and interest in and to all continuations, divisions, renewals, and extensions of any of such patent applications and patents included therein and any provisional application to which any of the patent applications included therein may claim priority; to have and to hold for the sole and exclusive use and benefit of Assignee, its successors and assigns, to the full end of the term and terms for all such Patents.

4.      Assignor does hereby sell, assign, transfer, and set over onto Assignee, its successors, and assigns, all claims for damages by reason of past infringement or unauthorized use of any of the Intellectual

27028119v.2

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.      Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.      Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
an Oregon corporation

By _Mary A White_____
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
a Texas corporation

By_____
_____, its authorized representative

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0772**

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.       Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.       Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.   In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
an Oregon corporation

By_____
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
a Texas corporation

By_____
_____, its authorized representative

27028119v.2

## SCHEDULE A
### INTELLECTUAL PROPERTY ASSETS

**Trademarks:**

| United States TM's | TM # | Issue Date |
|---|---|---|
| AUTO TRAC | 3,625,381 | 05/26/2009 |
| BeachHunter | 2,506,112 | 11/13/2001 |
| Bullseye | 2,244,539 | 05/11/1999 |
| Coinmaster | 3,787,349 | 05/11/2010 |
| GMT | 4,279,627 | 01/22/2013 |
| Pro Star | 4,310,704 | 03/26/2013 |
| SPECTRA | 3,617,044 | 05/05/2009 |
| Treasuremaster | 3,787,350 | 05/11/2010 |
| XVENTURE | 5,167,162 | 03/21/2017 |
| AUTO-SCAN | 1,787,960 | 08/17/1993 |
| Eagle | 1,462,631 | 11/05/1992 |
| Goldmaster | 1,654,807 | 08/27/1991 |
| Gold Master & Design | 901,798 | 11/03/1970 |
| MAXIMA | 1,934,157 | 11/07/1995 |
| Prizm | 2,905,987 | 11/30/2004 |
| Signagraph | 1,817,380 | 01/18/1994 |
| Spectragraph | 3,667,755 | 08/11/2009 |
| SPECTRAMAXX | 3,944,896 | 04/12/2011 |
| Spectrasound | 3,667,751 | 08/11/2009 |
| SPECTRA-SCAN | 4,369,361 | 07/16/2013 |
| SPECTRA-SCAN & Design | 4,373,216 | 07/16/2013 |
| SPECTRUM | 1,749,289 | 01/26/1993 |
| Surfmaster | 1,636,048 | 02/26/1991 |
| Tube Placement Verifier System | 5,325,873 | 07/05/1994 |
| TWIN D | 2,282,115 | 09/29/1999 |
| What's In The Ground Is On The Screen | 1,845,504 | 07/19/1994 |
| White's | 1,162,578 | 07/28/1981 |
| White's & Design | 1,164,465 | 08/11/1981 |
| XLT (Spectrum XLT) | 1,931,295 | 10/31/1995 |

| Foreign TM's | | |
|---|---|---|
| **Angola –** | | |
| GMT | 32,334 | 06/13/2012 |
| White's | 32,335 | 06/13/2012 |
| White's & Design | 32,333 | 06/13/2012 |

27028119v.2

**Australia –**
| | | |
|---|---|---|
| Coinmaster | 337,198 | 05/16/1983 |
| Goldmaster | 339,412 | 10/25/1979 |
| White's | 342,804 | 02/14/1985 |
| White's & Design | 337,199 | 10/18/1984 |

**Benelux -**
| | | |
|---|---|---|
| White's | 435,053 | 03/06/1987 |
| White's & Design | 433,811 | 03/06/1987 |

**Canada -**
| | | |
|---|---|---|
| Coinmaster | 247,248 | 10/16/1979 |
| Goldmaster | 252,474 | 05/15/1980 |
| White's | 256,230 | 02/21/1980 |
| White's & Design | 256,229 | 02/21/1980 |

**China -**
| | | |
|---|---|---|
| GMT | 10227117 | 08/07/2014 |
| White's | 10227081 | 04/14/2014 |
| White's & Design | 10227118 | 09/21/2015 |

**Egypt –**
| | | |
|---|---|---|
| GMT | 227274 | 11/04/2015 |
| White's & Design | 227272 | 02/07/2017 |

**France -**
| | | |
|---|---|---|
| White's | 1,411,024 | 05/27/1987 |
| White's & Design | 1,411,025 | 05/27/1987 |

**Honduras -**
| | | |
|---|---|---|
| GMT | 122166 | 10/30/2012 |
| White's | 122165 | 10/30/2012 |
| White's & Design | 122168 | 10/30/2012 |

**Hong Kong -**
| | | |
|---|---|---|
| GMT | 302383939 | 02/09/2012 |
| White's | 302383911 | 02/09/2012 |
| White's & Design | 302838920 | 02/09/2012 |

**India -**
| | | |
|---|---|---|
| SPECTRA-SCAN & Design | 2285492 | 02/17/2022 |

**Indonesia –**
| | | |
|---|---|---|
| GMT | D00 2012 026895 | 06/07/2012 |
| White's   IDM000445183 | D00 2012 026892 | 06/07/2012 |

27028119v.2

| White's & Design | IDM000445184 | D00 2012 026894 | 06/07/2012 |

**African Union (OAPI) –**

| GMT | 3201201634 | 11/06/2012 |
| White's | 3201201633 | 11/06/2012 |
| White's & Design | 3201201635 | 11/06/2012 |

**United Arab Emirates -**

| GMT | 165842 | 08/05/2012 |
| White's & Design | 165841 | 08/05/2012 |

**United Kingdom -**

| Beachcomber | B1,139,624 | 09/01/1980 |
| Goldmaster | B1,122,847 | 10/23/1979 |
| White's | B1,119,683 | 08/24/1979 |
| White's & Design | B1,119,682 | 08/24/1979 |

**Patents:**

| Patent # | Issue Date | Patent Title |
|---|---|---|
| **United States:** | | |
| 10,228,481 | 03/12/2019 | Ground Eliminating Metal Detector |
| 9,989,663 | 6/5/2018 | Auto Nulling of Induction Balance Metal Detector Coils |
| 9,285,496 | 3/15/2016 | Truncated Half-Sine Methods for Metal Detectors |
| 8,878,515 | 11/4/2014 | Constant Current Metal Detector |
| 8,749,240 | 6/10/2014 | Time Domain Method and Apparatus for Metal Detectors |
| 8,729,902 | 5/20/2014 | Metal Detector Analysis and Display Methods |
| 8,629,677 | 1/14/2014 | Hybrid Induction Balance/Pulse Induction Metal Detector |
| 7,994,789 | 8/9/2011 | Dual Field Search Coil for Pulse Induction Metal Detector |
| 7,649,356 | 1/19/2010 | Pulse Induction Metal Detector Having High Energy Efficiency and Sensitivity |

27028119v.2

| 7,391,217 | 6/24/2008 | Metal Detection Methods and Apparatus Wherein a Numeric Representation of the Sense Signal and a Noise Contribution to the Sense Signal are Produced |
| 7,148,692 | 12/12/2006 | Detector for Non-Ferrous Metals with Reduced False Positive Responses |
| 7,088,103 | 8/8/2006 | Metal Detector Having a Plurality of Phase   Delay Discrimination   Regions   with   Corresponding Selectable Exception Spaces Therein |
| 6,911,823 | 6/28/2005 | Metal Detector Employing Static Discrimination |
| 6,879,161 | 4/12/2005 | Method and Apparatus for Distinguishing Metal Objects   Employing   Multiple   Frequency Interrogation |
| 5,654,638 | 8/5/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment |
| 5,642,050 | 6/24/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment Using a Target Model |
| 5,596,277 | 1/21/1997 | Method and Apparatus for Displaying Signal Information from a Metal Detector |
| 5,523,690 | 6/4/1996 | Metal Detector With Bivariate Display |
| 5,414,411 | 5/9/1995 | Pulse Induction Metal Detector |
| 4,868,910 | 9/19/1989 | Metal Detector With Microprocessor Control and Analysis |
| 4,862,316 | 8/29/1989 | Static Charge Dissipating Housing For Metal Detector Search Loop Assembly |
| 4,783,630 | 11/8/1988 | Metal Detector With Circuits For Automatically Screening Out The Effects Of Offset And Mineralized Ground |
| 4,293,816 | 10/6/1981 | Balanced Search Loop For Metal Detector |
| 4,249,128 | 2/3/1988 | Wide Pulse Gated Metal Detector With Improved Noise Rejection |

27028119v.2

| | | |
|---|---|---|
| 4,110,679 | 8/29/1978 | Ferrous / Non-Ferrous Metal Detector Using Sampling |
| 4,030,026 | 6/14/1977 | Sampling Metal Detector |
| 4,024,468 | 5/17/1977 | Induction Balance Metal Detector W Inverse Discrimination |

**Canadian**

| | | |
|---|---|---|
| 1,165,817 | 4/17/1984 | Balanced Search Loop for Noise Rejection |
| 1,118,867 | 2/23/1982 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |
| 1,038,036 | 9/5/1978 | Sampling Metal Detector |

Australia

| | | |
|---|---|---|
| 531,967 | 5/23/1980 | Balanced Search Loop for Metal Detector |
| 524,793 | 2/2/1979 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |

**United Kingdom**

| | | |
|---|---|---|
| 1,548,239 | 3/29/1976 | Sampling Metal Detector |

**Mexico**

| | | |
|---|---|---|
| 147,016 | 2/6/1979 | Sensitized Wide Pulse Metal Detector With Improved Noise Rejection |

**France**

| | | |
|---|---|---|
| 2,416,485 | 2/5/1979 | |
| 9,207,315 | 12/8/15 | Metal Detector with Motion Sensing |
| 7,391,217 | 6/4/2008 | Metal Detection Methods And Apparatus Wherein A Numeric Representation of The Sense Signal And A Noise Contribution To The Sense Signal Are Produced |
| 6,421,621 | 7/16/2002 | Metal Detector Target Identification Using Flash Phase Analysis |
| 6,172,504 | 1/9/2001 | Metal Detector Target Identification Using Flash Phase Analysis |

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0778**

| 13/166,865 | 6/23/2011 | Metal Detector with Dynamic Induction |
| 13/420,000 | 3/14/2012 | Metal Detector Probe |
| **Australia:** 2011203055 | 6/23/2011 | Hybrid Induction Balance/Pulse Induction Metal Detector |

**Copyrights:**

Computer Software entitled DISPLAY.ASM (1993) - U.S. Copyright Registration Number: TX 3-580-870

EAGLE SPECTRUM SOURCE CODE - U.S. Copyright Registration Number: TX 3-582-613

All catalogs of White's Electronics, Inc.

All calendars of White's Electronics, Inc.

All websites of White's Electronics, Inc., including https://www.whiteselectronics.com

27028119v.2

# United States of America

## United States Patent and Trademark Office

# GMT

**Reg. No. 4,279,627**

**Registered Jan. 22, 2013**

WHITE'S ELECTRONICS, INC. (OREGON CORPORATION)
1011 PLEASANT VALLEY ROAD
SWEET HOME, OR 97386

**Int. Cl.: 9**

FOR: METAL DETECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-2-2003; IN COMMERCE 1-2-2003.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-649,557, FILED 6-12-2012.

JOHN DWYER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                          ETAS ID: TM617252
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| White's Electronics, Inc. | | 10/16/2020 | Corporation: OREGON |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Garrett Electronics, Inc. |
| Also Known As: | Garrett Metal Detectors |
| Street Address: | 1881 West State Street |
| City: | Garland |
| State/Country: | TEXAS |
| Postal Code: | 75042 |
| Entity Type: | Corporation: TEXAS |

## PROPERTY NUMBERS Total: 28

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3625381 | AUTO TRAC |
| Registration Number: | 2506112 | BEACHHUNTER |
| Registration Number: | 2244539 | BULLSEYE |
| Registration Number: | 3787349 | COINMASTER |
| Registration Number: | 4279627 | GMT |
| Registration Number: | 4310704 | PROSTAR |
| Registration Number: | 3617044 | SPECTRA |
| Registration Number: | 3787350 | TREASUREMASTER |
| Registration Number: | 5167162 | XVENTURE |
| Registration Number: | 1787960 | AUTO-SCAN |
| Registration Number: | 1462631 | EAGLE |
| Registration Number: | 1654807 | GOLDMASTER |
| Registration Number: | 0901798 | GOLD MASTER |
| Registration Number: | 1934157 | MAXIMA |
| Registration Number: | 2905987 | PRIZM |
| Registration Number: | 1817380 | SIGNAGRAPH |
| Registration Number: | 3667755 | SPECTRAGRAPH |
| Registration Number: | 3944896 | SPECTRAMAXX |

OP $715.00 3625381

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 3667751 | SPECTRASOUND |
| **Registration Number:** | 4369361 | SPECTRA-SCAN |
| **Registration Number:** | 4373216 | SPECTRA-SCAN |
| **Registration Number:** | 1749289 | SPECTRUM |
| **Registration Number:** | 1636048 | SURF MASTER |
| **Registration Number:** | 2282115 | TWIN D |
| **Registration Number:** | 1845504 | WHAT'S IN THE GROUND IS ON THE SCREEN |
| **Registration Number:** | 1162578 | WHITE'S |
| **Registration Number:** | 1164465 | WHITE'S |
| **Registration Number:** | 1931295 | XLT |

**CORRESPONDENCE DATA**

**Fax Number:** 2149813400

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 214-981-3308

**Email:** jchester@sidley.com

**Correspondent Name:** Julia M. Chester c/o Sidley Austin LLP

**Address Line 1:** 2021 McKinney Avenue

**Address Line 2:** Suite 2000

**Address Line 4:** Dallas, TEXAS 75201

| NAME OF SUBMITTER: | Julia M. Chester |
|---|---|
| SIGNATURE: | /Julia M. Chester/ |
| DATE SIGNED: | 12/29/2020 |

**Total Attachments: 9**

source=White's Electronics Assignment to Garrett Electronics#page1.tif
source=White's Electronics Assignment to Garrett Electronics#page2.tif
source=White's Electronics Assignment to Garrett Electronics#page3.tif
source=White's Electronics Assignment to Garrett Electronics#page4.tif
source=White's Electronics Assignment to Garrett Electronics#page5.tif
source=White's Electronics Assignment to Garrett Electronics#page6.tif
source=White's Electronics Assignment to Garrett Electronics#page7.tif
source=White's Electronics Assignment to Garrett Electronics#page8.tif
source=White's Electronics Assignment to Garrett Electronics#page9.tif

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Assignment Agreement (this "**Assignment**"), made to be effective as of October 16, 2020, is by and between White's Electronics, Inc., an Oregon corporation ("**Assignor**") and Garrett Electronics, Inc., a Texas corporation, d/b/a Garrett Metal Detectors ("**Assignee**").

WHEREAS, concurrently with the execution and delivery hereof, Assignor, Assignee, and the other parties named therein are entering into an Asset Purchase Agreement (the "**Purchase Agreement**");

WHEREAS, the Purchase Agreement provides that Assignor shall sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets (as defined in the Purchase Agreement), including the intellectual property assets identified on Schedule A to this Assignment (the "**Intellectual Property Assets**");

WHEREAS, Assignor desires to deliver to Assignee such instruments of assignment as are necessary or appropriate in order to sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets; and

WHEREAS, pursuant to Article II of the Purchase Agreement, Assignor has agreed to execute and deliver this Assignment to Assignee;

NOW, THEREFORE, in consideration of the premises, the terms and conditions set forth herein, the mutual benefits to be derived by the performance thereof, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor agrees as follows:

1.      Assignor does hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all of Assignor's rights, title, and interest in and to the Intellectual Property Assets throughout the world.

2.      For all trademarks and tradenames included within the Intellectual Property Assets ("**Trademarks**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all goodwill of the business associated with the Trademarks and the registrations therefor, as well as any common law rights which may exist and are associated therewith, together with the goodwill of the business symbolized thereby and appurtenant thereto.

3.      For all inventions, patentable subject matter, patents, and applications therefore comprised in, disclosed by, or otherwise include within the Intellectual Property Assets ("**Patents**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, the entire right, title, and interest within the United States and throughout the world of Assignor in and to said Patents, and any patents that may issue for said inventions in the United States and in all countries and territories foreign to the United States, including the full right to claim for any such patent applications included therein, all benefits and priority rights under any applicable convention; together with the entire right, title, and interest in and to all continuations, divisions, renewals, and extensions of any of such patent applications and patents included therein and any provisional application to which any of the patent applications included therein may claim priority; to have and to hold for the sole and exclusive use and benefit of Assignee, its successors and assigns, to the full end of the term and terms for all such Patents.

4.      Assignor does hereby sell, assign, transfer, and set over onto Assignee, its successors, and assigns, all claims for damages by reason of past infringement or unauthorized use of any of the Intellectual

27028119v.2

**TRADEMARK
REEL: 007149 FRAME: 0771**

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.     Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.     Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
                    an Oregon corporation

By _Mary A White_____
        Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
                    a Texas corporation

By_____
        _____, its authorized representative

27028119v.2

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5. Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6. Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein. In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
an Oregon corporation

By_____
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
a Texas corporation

By_____
_____, its authorized representative

27028119v.2

## SCHEDULE A
## INTELLECTUAL PROPERTY ASSETS

Trademarks:

| United States TM's | TM # | Issue Date |
|---|---|---|
| AUTO TRAC | 3,625,381 | 05/26/2009 |
| BeachHunter | 2,506,112 | 11/13/2001 |
| Bullseye | 2,244,539 | 05/11/1999 |
| Coinmaster | 3,787,349 | 05/11/2010 |
| GMT | 4,279,627 | 01/22/2013 |
| Pro Star | 4,310,704 | 03/26/2013 |
| SPECTRA | 3,617,044 | 05/05/2009 |
| Treasuremaster | 3,787,350 | 05/11/2010 |
| XVENTURE | 5,167,162 | 03/21/2017 |
| AUTO-SCAN | 1,787,960 | 08/17/1993 |
| Eagle | 1,462,631 | 11/05/1992 |
| Goldmaster | 1,654,807 | 08/27/1991 |
| Gold Master & Design | 901,798 | 11/03/1970 |
| MAXIMA | 1,934,157 | 11/07/1995 |
| Prizm | 2,905,987 | 11/30/2004 |
| Signagraph | 1,817,380 | 01/18/1994 |
| Spectragraph | 3,667,755 | 08/11/2009 |
| SPECTRAMAXX | 3,944,896 | 04/12/2011 |
| Spectrasound | 3,667,751 | 08/11/2009 |
| SPECTRA-SCAN | 4,369,361 | 07/16/2013 |
| SPECTRA-SCAN & Design | 4,373,216 | 07/16/2013 |
| SPECTRUM | 1,749,289 | 01/26/1993 |
| Surfmaster | 1,636,048 | 02/26/1991 |
| Tube Placement Verifier System | 5,325,873 | 07/05/1994 |
| TWIN D | 2,282,115 | 09/29/1999 |
| What's In The Ground Is On The Screen | 1,845,504 | 07/19/1994 |
| White's | 1,162,578 | 07/28/1981 |
| White's & Design | 1,164,465 | 08/11/1981 |
| XLT (Spectrum XLT) | 1,931,295 | 10/31/1995 |

| Foreign TM's | | |
|---|---|---|
| **Angola –** | | |
| GMT | 32,334 | 06/13/2012 |
| White's | 32,335 | 06/13/2012 |
| White's & Design | 32,333 | 06/13/2012 |

27028119v.2

**Australia –**
| | | |
|---|---|---|
| Coinmaster | 337,198 | 05/16/1983 |
| Goldmaster | 339,412 | 10/25/1979 |
| White's | 342,804 | 02/14/1985 |
| White's & Design | 337,199 | 10/18/1984 |

**Benelux -**
| | | |
|---|---|---|
| White's | 435,053 | 03/06/1987 |
| White's & Design | 433,811 | 03/06/1987 |

**Canada -**
| | | |
|---|---|---|
| Coinmaster | 247,248 | 10/16/1979 |
| Goldmaster | 252,474 | 05/15/1980 |
| White's | 256,230 | 02/21/1980 |
| White's & Design | 256,229 | 02/21/1980 |

**China -**
| | | |
|---|---|---|
| GMT | 10227117 | 08/07/2014 |
| White's | 10227081 | 04/14/2014 |
| White's & Design | 10227118 | 09/21/2015 |

**Egypt –**
| | | |
|---|---|---|
| GMT | 227274 | 11/04/2015 |
| White's & Design | 227272 | 02/07/2017 |

**France -**
| | | |
|---|---|---|
| White's | 1,411,024 | 05/27/1987 |
| White's & Design | 1,411,025 | 05/27/1987 |

**Honduras -**
| | | |
|---|---|---|
| GMT | 122166 | 10/30/2012 |
| White's | 122165 | 10/30/2012 |
| White's & Design | 122168 | 10/30/2012 |

**Hong Kong -**
| | | |
|---|---|---|
| GMT | 302383939 | 02/09/2012 |
| White's | 302383911 | 02/09/2012 |
| White's & Design | 302838920 | 02/09/2012 |

**India -**
| | | |
|---|---|---|
| SPECTRA-SCAN & Design | 2285492 | 02/17/2022 |

**Indonesia –**
| | | |
|---|---|---|
| GMT | D00 2012 026895 | 06/07/2012 |
| White's   IDM000445183 | D00 2012 026892 | 06/07/2012 |

27028119v.2

| | | | |
|---|---|---|---|
| White's & Design | IDM000445184 | D00 2012 026894 | 06/07/2012 |

**African Union (OAPI) –**

| | | |
|---|---|---|
| GMT | 3201201634 | 11/06/2012 |
| White's | 3201201633 | 11/06/2012 |
| White's & Design | 3201201635 | 11/06/2012 |

**United Arab Emirates -**

| | | |
|---|---|---|
| GMT | 165842 | 08/05/2012 |
| White's & Design | 165841 | 08/05/2012 |

**United Kingdom -**

| | | |
|---|---|---|
| Beachcomber | B1,139,624 | 09/01/1980 |
| Goldmaster | B1,122,847 | 10/23/1979 |
| White's | B1,119,683 | 08/24/1979 |
| White's & Design | B1,119,682 | 08/24/1979 |

## Patents:

| Patent # | Issue Date | Patent Title |
|---|---|---|
| **United States:** | | |
| 10,228,481 | 03/12/2019 | Ground Eliminating Metal Detector |
| 9,989,663 | 6/5/2018 | Auto Nulling of Induction Balance Metal Detector Coils |
| 9,285,496 | 3/15/2016 | Truncated Half-Sine Methods for Metal Detectors |
| 8,878,515 | 11/4/2014 | Constant Current Metal Detector |
| 8,749,240 | 6/10/2014 | Time Domain Method and Apparatus for Metal Detectors |
| 8,729,902 | 5/20/2014 | Metal Detector Analysis and Display Methods |
| 8,629,677 | 1/14/2014 | Hybrid Induction Balance/Pulse Induction Metal Detector |
| 7,994,789 | 8/9/2011 | Dual Field Search Coil for Pulse Induction Metal Detector |
| 7,649,356 | 1/19/2010 | Pulse Induction Metal Detector Having High Energy Efficiency and Sensitivity |

27028119v.2

| | | |
|---|---|---|
| 7,391,217 | 6/24/2008 | Metal Detection Methods and Apparatus Wherein a Numeric Representation of the Sense Signal and a Noise Contribution to the Sense Signal are Produced |
| 7,148,692 | 12/12/2006 | Detector for Non-Ferrous Metals with Reduced False Positive Responses |
| 7,088,103 | 8/8/2006 | Metal Detector Having a Plurality of Phase Delay Discrimination Regions with Corresponding Selectable Exception Spaces Therein |
| 6,911,823 | 6/28/2005 | Metal Detector Employing Static Discrimination |
| 6,879,161 | 4/12/2005 | Method and Apparatus for Distinguishing Metal Objects Employing Multiple Frequency Interrogation |
| 5,654,638 | 8/5/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment |
| 5,642,050 | 6/24/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment Using a Target Model |
| 5,596,277 | 1/21/1997 | Method and Apparatus for Displaying Signal Information from a Metal Detector |
| 5,523,690 | 6/4/1996 | Metal Detector With Bivariate Display |
| 5,414,411 | 5/9/1995 | Pulse Induction Metal Detector |
| 4,868,910 | 9/19/1989 | Metal Detector With Microprocessor Control and Analysis |
| 4,862,316 | 8/29/1989 | Static Charge Dissipating Housing For Metal Detector Search Loop Assembly |
| 4,783,630 | 11/8/1988 | Metal Detector With Circuits For Automatically Screening Out The Effects Of Offset And Mineralized Ground |
| 4,293,816 | 10/6/1981 | Balanced Search Loop For Metal Detector |
| 4,249,128 | 2/3/1988 | Wide Pulse Gated Metal Detector With Improved Noise Rejection |

**TRADEMARK**
**REEL: 007149 FRAME: 0777**

| | | |
|---|---|---|
| 4,110,679 | 8/29/1978 | Ferrous / Non-Ferrous Metal Detector Using Sampling |
| 4,030,026 | 6/14/1977 | Sampling Metal Detector |
| 4,024,468 | 5/17/1977 | Induction Balance Metal Detector W Inverse Discrimination |

**Canadian**

| | | |
|---|---|---|
| 1,165,817 | 4/17/1984 | Balanced Search Loop for Noise Rejection |
| 1,118,867 | 2/23/1982 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |
| 1,038,036 | 9/5/1978 | Sampling Metal Detector |

Australia

| | | |
|---|---|---|
| 531,967 | 5/23/1980 | Balanced Search Loop for Metal Detector |
| 524,793 | 2/2/1979 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |

**United Kingdom**

| | | |
|---|---|---|
| 1,548,239 | 3/29/1976 | Sampling Metal Detector |

**Mexico**

| | | |
|---|---|---|
| 147,016 | 2/6/1979 | Sensitized Wide Pulse Metal Detector With Improved Noise Rejection |

**France**

| | | |
|---|---|---|
| 2,416,485 | 2/5/1979 | |
| 9,207,315 | 12/8/15 | Metal Detector with Motion Sensing |
| 7,391,217 | 6/4/2008 | Metal Detection Methods And Apparatus Wherein A Numeric Representation of The Sense Signal And A Noise Contribution To The Sense Signal Are Produced |
| 6,421,621 | 7/16/2002 | Metal Detector Target Identification Using Flash Phase Analysis |
| 6,172,504 | 1/9/2001 | Metal Detector Target Identification Using Flash Phase Analysis |

27028119v.2

| 13/166,865 | 6/23/2011 | Metal Detector with Dynamic Induction |
| 13/420,000 | 3/14/2012 | Metal Detector Probe |

**Australia:**

| 2011203055 | 6/23/2011 | Hybrid Induction Balance/Pulse Induction Metal Detector |

**Copyrights:**

Computer Software entitled DISPLAY.ASM (1993) - U.S. Copyright Registration Number: TX 3-580-870

EAGLE SPECTRUM SOURCE CODE - U.S. Copyright Registration Number:  TX 3-582-613

All catalogs of White's Electronics, Inc.

All calendars of White's Electronics, Inc.

All websites of White's Electronics, Inc., including https://www.whiteselectronics.com

27028119v.2

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,236,345

Registered May 1, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# SUPER SCANNER

GARRETT ELECTRONICS, INC. (TEXAS COR-
PORATION)
2814 NATIONAL DRIVE
GARLAND, TX 750412397

FOR: HAND-HELD METAL DETECTORS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-1984; IN COMMERCE 9-1-1984.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SCANNER", APART FROM THE
MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-762,532, FILED 11-29-2005.

BARBARA GAYNOR, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, August 8, 2016 11:00 PM |
| **To:** | ipdocketing@sidley.com |
| **Cc:** | jchester@sidley.com ;  sboughnou@sidley.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3236345: SUPER SCANNER: Docket/Reference No. 10778-17801 |

**Serial Number:** 78762532
**Registration Number:** 3236345
**Registration Date:** May 1, 2007
**Mark:** SUPER SCANNER
**Owner:** Garrett Electronics, Inc.

Aug 8, 2016

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=78762532.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.



# United States of America
## United States Patent and Trademark Office

# TREASUREMASTER

**Reg. No. 3,787,350**
**Registered May 11, 2010**

WHITE'S ELECTRONICS, INC. (OREGON CORPORATION)
1011 PLEASANT VALLEY ROAD
SWEET HOME, OR 97386

**Int. Cl.: 9**

FOR: METAL DETECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-18-2009; IN COMMERCE 11-18-2009.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 873,409.

SER. NO. 77-838,152, FILED 9-30-2009.

NAKIA HENRY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, January 10, 2020 11:04 PM |
| **To:** | JPS.docket@chernofflaw.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3787350: TREASUREMASTER: Docket/Reference No. 1013.0073 |

**U.S. Serial Number:** 77838152
**U.S. Registration Number:** 3787350
**U.S. Registration Date:** May 11, 2010
**Mark:** TREASUREMASTER
**Owner:** White's Electronics, Inc.

Jan 10, 2020

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77838152&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77838152&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   *   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM617252

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
| --- | --- | --- | --- |
| White's Electronics, Inc. | | 10/16/2020 | Corporation: OREGON |

## RECEIVING PARTY DATA

| | |
| --- | --- |
| Name: | Garrett Electronics, Inc. |
| Also Known As: | Garrett Metal Detectors |
| Street Address: | 1881 West State Street |
| City: | Garland |
| State/Country: | TEXAS |
| Postal Code: | 75042 |
| Entity Type: | Corporation: TEXAS |

## PROPERTY NUMBERS Total: 28

| Property Type | Number | Word Mark |
| --- | --- | --- |
| Registration Number: | 3625381 | AUTO TRAC |
| Registration Number: | 2506112 | BEACHHUNTER |
| Registration Number: | 2244539 | BULLSEYE |
| Registration Number: | 3787349 | COINMASTER |
| Registration Number: | 4279627 | GMT |
| Registration Number: | 4310704 | PROSTAR |
| Registration Number: | 3617044 | SPECTRA |
| Registration Number: | 3787350 | TREASUREMASTER |
| Registration Number: | 5167162 | XVENTURE |
| Registration Number: | 1787960 | AUTO-SCAN |
| Registration Number: | 1462631 | EAGLE |
| Registration Number: | 1654807 | GOLDMASTER |
| Registration Number: | 0901798 | GOLD MASTER |
| Registration Number: | 1934157 | MAXIMA |
| Registration Number: | 2905987 | PRIZM |
| Registration Number: | 1817380 | SIGNAGRAPH |
| Registration Number: | 3667755 | SPECTRAGRAPH |
| Registration Number: | 3944896 | SPECTRAMAXX |

OP $715.00 3625381

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 3667751 | SPECTRASOUND |
| **Registration Number:** | 4369361 | SPECTRA-SCAN |
| **Registration Number:** | 4373216 | SPECTRA-SCAN |
| **Registration Number:** | 1749289 | SPECTRUM |
| **Registration Number:** | 1636048 | SURF MASTER |
| **Registration Number:** | 2282115 | TWIN D |
| **Registration Number:** | 1845504 | WHAT'S IN THE GROUND IS ON THE SCREEN |
| **Registration Number:** | 1162578 | WHITE'S |
| **Registration Number:** | 1164465 | WHITE'S |
| **Registration Number:** | 1931295 | XLT |

### CORRESPONDENCE DATA

**Fax Number:**　　　　　　2149813400

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:**　　　　　　　　214-981-3308
**Email:**　　　　　　　　jchester@sidley.com
**Correspondent Name:**　Julia M. Chester c/o Sidley Austin LLP
**Address Line 1:**　　　　2021 McKinney Avenue
**Address Line 2:**　　　　Suite 2000
**Address Line 4:**　　　　Dallas, TEXAS 75201

| NAME OF SUBMITTER: | Julia M. Chester |
|---|---|
| SIGNATURE: | /Julia M. Chester/ |
| DATE SIGNED: | 12/29/2020 |

**Total Attachments: 9**
source=White's Electronics Assignment to Garrett Electronics#page1.tif
source=White's Electronics Assignment to Garrett Electronics#page2.tif
source=White's Electronics Assignment to Garrett Electronics#page3.tif
source=White's Electronics Assignment to Garrett Electronics#page4.tif
source=White's Electronics Assignment to Garrett Electronics#page5.tif
source=White's Electronics Assignment to Garrett Electronics#page6.tif
source=White's Electronics Assignment to Garrett Electronics#page7.tif
source=White's Electronics Assignment to Garrett Electronics#page8.tif
source=White's Electronics Assignment to Garrett Electronics#page9.tif

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Assignment Agreement (this "**Assignment**"), made to be effective as of October 16, 2020, is by and between White's Electronics, Inc., an Oregon corporation ("**Assignor**") and Garrett Electronics, Inc., a Texas corporation, d/b/a Garrett Metal Detectors ("**Assignee**").

WHEREAS, concurrently with the execution and delivery hereof, Assignor, Assignee, and the other parties named therein are entering into an Asset Purchase Agreement (the "**Purchase Agreement**");

WHEREAS, the Purchase Agreement provides that Assignor shall sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets (as defined in the Purchase Agreement), including the intellectual property assets identified on Schedule A to this Assignment (the "**Intellectual Property Assets**");

WHEREAS, Assignor desires to deliver to Assignee such instruments of assignment as are necessary or appropriate in order to sell, convey, assign, transfer, and deliver to Assignee all of the Intellectual Property Assets; and

WHEREAS, pursuant to Article II of the Purchase Agreement, Assignor has agreed to execute and deliver this Assignment to Assignee;

NOW, THEREFORE, in consideration of the premises, the terms and conditions set forth herein, the mutual benefits to be derived by the performance thereof, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor agrees as follows:

1. Assignor does hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all of Assignor's rights, title, and interest in and to the Intellectual Property Assets throughout the world.

2. For all trademarks and tradenames included within the Intellectual Property Assets ("**Trademarks**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, all goodwill of the business associated with the Trademarks and the registrations therefor, as well as any common law rights which may exist and are associated therewith, together with the goodwill of the business symbolized thereby and appurtenant thereto.

3. For all inventions, patentable subject matter, patents, and applications therefore comprised in, disclosed by, or otherwise include within the Intellectual Property Assets ("**Patents**"), Assignor does further hereby sell, assign, transfer, and set over unto Assignee, its successors and assigns, the entire right, title, and interest within the United States and throughout the world of Assignor in and to said Patents, and any patents that may issue for said inventions in the United States and in all countries and territories foreign to the United States, including the full right to claim for any such patent applications included therein, all benefits and priority rights under any applicable convention; together with the entire right, title, and interest in and to all continuations, divisions, renewals, and extensions of any of such patent applications and patents included therein and any provisional application to which any of the patent applications included therein may claim priority; to have and to hold for the sole and exclusive use and benefit of Assignee, its successors and assigns, to the full end of the term and terms for all such Patents.

4. Assignor does hereby sell, assign, transfer, and set over onto Assignee, its successors, and assigns, all claims for damages by reason of past infringement or unauthorized use of any of the Intellectual

27028119v.2

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5. Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6. Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein. In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC.,
an Oregon corporation

By _Mary A White_____
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC.,
a Texas corporation

By_____
_____, its authorized representative

**TRADEMARK
REEL: 007149 FRAME: 0772**

Property Assets, the right to sue for and collect same for Assignee's own use and enjoyment and for the use and enjoyment of Assignee's successors or assigns.

5.      Assignor authorizes the Director of the United States Patent and Trademark Office and the corresponding officials of other jurisdictions, as appropriate, whose duty it is to record registrations, applications, and title to any of the Intellectual Property Assets, to record any of the Intellectual Property Assets, and title thereto, as the property of Assignee, in accordance with the terms of this Assignment and to issue to Assignee all registrations and all letters patent for any of the Intellectual Property Assets.

6.      Assignor acknowledges and agrees that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein. In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

IN WITNESS WHEREOF, Assignor has executed this Assignment be effective as of the Effective Date stated above.

ASSIGNOR: WHITE'S ELECTRONICS, INC., an Oregon corporation

By_____
Mary A. White, its authorized representative

ASSIGNEE: GARRETT ELECTRONICS, INC., a Texas corporation

By_____
_____, its authorized representative

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0773**

## SCHEDULE A
## INTELLECTUAL PROPERTY ASSETS

**Trademarks:**

| United States TM's | TM # | Issue Date |
|---|---|---|
| AUTO TRAC | 3,625,381 | 05/26/2009 |
| BeachHunter | 2,506,112 | 11/13/2001 |
| Bullseye | 2,244,539 | 05/11/1999 |
| Coinmaster | 3,787,349 | 05/11/2010 |
| GMT | 4,279,627 | 01/22/2013 |
| Pro Star | 4,310,704 | 03/26/2013 |
| SPECTRA | 3,617,044 | 05/05/2009 |
| Treasuremaster | 3,787,350 | 05/11/2010 |
| XVENTURE | 5,167,162 | 03/21/2017 |
| AUTO-SCAN | 1,787,960 | 08/17/1993 |
| Eagle | 1,462,631 | 11/05/1992 |
| Goldmaster | 1,654,807 | 08/27/1991 |
| Gold Master & Design | 901,798 | 11/03/1970 |
| MAXIMA | 1,934,157 | 11/07/1995 |
| Prizm | 2,905,987 | 11/30/2004 |
| Signagraph | 1,817,380 | 01/18/1994 |
| Spectragraph | 3,667,755 | 08/11/2009 |
| SPECTRAMAXX | 3,944,896 | 04/12/2011 |
| Spectrasound | 3,667,751 | 08/11/2009 |
| SPECTRA-SCAN | 4,369,361 | 07/16/2013 |
| SPECTRA-SCAN & Design | 4,373,216 | 07/16/2013 |
| SPECTRUM | 1,749,289 | 01/26/1993 |
| Surfmaster | 1,636,048 | 02/26/1991 |
| Tube Placement Verifier System | 5,325,873 | 07/05/1994 |
| TWIN D | 2,282,115 | 09/29/1999 |
| What's In The Ground Is On The Screen | 1,845,504 | 07/19/1994 |
| White's | 1,162,578 | 07/28/1981 |
| White's & Design | 1,164,465 | 08/11/1981 |
| XLT (Spectrum XLT) | 1,931,295 | 10/31/1995 |

| Foreign TM's | | |
|---|---|---|
| **Angola –** | | |
| GMT | 32,334 | 06/13/2012 |
| White's | 32,335 | 06/13/2012 |
| White's & Design | 32,333 | 06/13/2012 |

27028119v.2

**Australia –**

| | | |
|---|---|---|
| Coinmaster | 337,198 | 05/16/1983 |
| Goldmaster | 339,412 | 10/25/1979 |
| White's | 342,804 | 02/14/1985 |
| White's & Design | 337,199 | 10/18/1984 |

**Benelux -**

| | | |
|---|---|---|
| White's | 435,053 | 03/06/1987 |
| White's & Design | 433,811 | 03/06/1987 |

**Canada -**

| | | |
|---|---|---|
| Coinmaster | 247,248 | 10/16/1979 |
| Goldmaster | 252,474 | 05/15/1980 |
| White's | 256,230 | 02/21/1980 |
| White's & Design | 256,229 | 02/21/1980 |

**China -**

| | | |
|---|---|---|
| GMT | 10227117 | 08/07/2014 |
| White's | 10227081 | 04/14/2014 |
| White's & Design | 10227118 | 09/21/2015 |

**Egypt –**

| | | |
|---|---|---|
| GMT | 227274 | 11/04/2015 |
| White's & Design | 227272 | 02/07/2017 |

**France -**

| | | |
|---|---|---|
| White's | 1,411,024 | 05/27/1987 |
| White's & Design | 1,411,025 | 05/27/1987 |

**Honduras -**

| | | |
|---|---|---|
| GMT | 122166 | 10/30/2012 |
| White's | 122165 | 10/30/2012 |
| White's & Design | 122168 | 10/30/2012 |

**Hong Kong -**

| | | |
|---|---|---|
| GMT | 302383939 | 02/09/2012 |
| White's | 302383911 | 02/09/2012 |
| White's & Design | 302838920 | 02/09/2012 |

**India -**

| | | |
|---|---|---|
| SPECTRA-SCAN & Design | 2285492 | 02/17/2022 |

**Indonesia –**

| | | |
|---|---|---|
| GMT | D00 2012 026895 | 06/07/2012 |
| White's   IDM000445183 | D00 2012 026892 | 06/07/2012 |

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0775**

| White's & Design | IDM000445184 | D00 2012 026894 | 06/07/2012 |

**African Union (OAPI) –**

| GMT | | 3201201634 | 11/06/2012 |
| White's | | 3201201633 | 11/06/2012 |
| White's & Design | | 3201201635 | 11/06/2012 |

**United Arab Emirates -**

| GMT | 165842 | 08/05/2012 |
| White's & Design | 165841 | 08/05/2012 |

**United Kingdom -**

| Beachcomber | B1,139,624 | 09/01/1980 |
| Goldmaster | B1,122,847 | 10/23/1979 |
| White's | B1,119,683 | 08/24/1979 |
| White's & Design | B1,119,682 | 08/24/1979 |

**Patents:**

| Patent # | Issue Date | Patent Title |
| --- | --- | --- |
| **United States:** | | |
| 10,228,481 | 03/12/2019 | Ground Eliminating Metal Detector |
| 9,989,663 | 6/5/2018 | Auto Nulling of Induction Balance Metal Detector Coils |
| 9,285,496 | 3/15/2016 | Truncated Half-Sine Methods for Metal Detectors |
| 8,878,515 | 11/4/2014 | Constant Current Metal Detector |
| 8,749,240 | 6/10/2014 | Time Domain Method and Apparatus for Metal Detectors |
| 8,729,902 | 5/20/2014 | Metal Detector Analysis and Display Methods |
| 8,629,677 | 1/14/2014 | Hybrid Induction Balance/Pulse Induction Metal Detector |
| 7,994,789 | 8/9/2011 | Dual Field Search Coil for Pulse Induction Metal Detector |
| 7,649,356 | 1/19/2010 | Pulse Induction Metal Detector Having High Energy Efficiency and Sensitivity |

**TRADEMARK**
**REEL: 007149 FRAME: 0776**

| 7,391,217 | 6/24/2008 | Metal Detection Methods and Apparatus Wherein a Numeric Representation of the Sense Signal and a Noise Contribution to the Sense Signal are Produced |
| 7,148,692 | 12/12/2006 | Detector for Non-Ferrous Metals with Reduced False Positive Responses |
| 7,088,103 | 8/8/2006 | Metal Detector Having a Plurality of Phase Delay Discrimination Regions with Corresponding Selectable Exception Spaces Therein |
| 6,911,823 | 6/28/2005 | Metal Detector Employing Static Discrimination |
| 6,879,161 | 4/12/2005 | Method and Apparatus for Distinguishing Metal Objects Employing Multiple Frequency Interrogation |
| 5,654,638 | 8/5/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment |
| 5,642,050 | 6/24/1997 | Plural Frequency Method and System for Identifying Metal Objects in a Background Environment Using a Target Model |
| 5,596,277 | 1/21/1997 | Method and Apparatus for Displaying Signal Information from a Metal Detector |
| 5,523,690 | 6/4/1996 | Metal Detector With Bivariate Display |
| 5,414,411 | 5/9/1995 | Pulse Induction Metal Detector |
| 4,868,910 | 9/19/1989 | Metal Detector With Microprocessor Control and Analysis |
| 4,862,316 | 8/29/1989 | Static Charge Dissipating Housing For Metal Detector Search Loop Assembly |
| 4,783,630 | 11/8/1988 | Metal Detector With Circuits For Automatically Screening Out The Effects Of Offset And Mineralized Ground |
| 4,293,816 | 10/6/1981 | Balanced Search Loop For Metal Detector |
| 4,249,128 | 2/3/1988 | Wide Pulse Gated Metal Detector With Improved Noise Rejection |

27028119v.2

| 4,110,679 | 8/29/1978 | Ferrous / Non-Ferrous Metal Detector Using Sampling |
| 4,030,026 | 6/14/1977 | Sampling Metal Detector |
| 4,024,468 | 5/17/1977 | Induction Balance Metal Detector W Inverse Discrimination |

**Canadian**

| 1,165,817 | 4/17/1984 | Balanced Search Loop for Noise Rejection |
| 1,118,867 | 2/23/1982 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |
| 1,038,036 | 9/5/1978 | Sampling Metal Detector |

Australia

| 531,967 | 5/23/1980 | Balanced Search Loop for Metal Detector |
| 524,793 | 2/2/1979 | Wide Pulse Gated Metal Detector W Improved Noise Rejection |

**United Kingdom**

| 1,548,239 | 3/29/1976 | Sampling Metal Detector |

**Mexico**

| 147,016 | 2/6/1979 | Sensitized Wide Pulse Metal Detector With Improved Noise Rejection |

**France**

| 2,416,485 | 2/5/1979 | |
| 9,207,315 | 12/8/15 | Metal Detector with Motion Sensing |
| 7,391,217 | 6/4/2008 | Metal Detection Methods And Apparatus Wherein A Numeric Representation of The Sense Signal And A Noise Contribution To The Sense Signal Are Produced |
| 6,421,621 | 7/16/2002 | Metal Detector Target Identification Using Flash Phase Analysis |
| 6,172,504 | 1/9/2001 | Metal Detector Target Identification Using Flash Phase Analysis |

27028119v.2

**TRADEMARK**
**REEL: 007149 FRAME: 0778**

| 13/166,865 | 6/23/2011 | Metal Detector with Dynamic Induction |
| 13/420,000 | 3/14/2012 | Metal Detector Probe |
| **Australia:** 2011203055 | 6/23/2011 | Hybrid Induction Balance/Pulse Induction Metal Detector |

**Copyrights:**

Computer Software entitled DISPLAY.ASM (1993) - U.S. Copyright Registration Number: TX 3-580-870

EAGLE SPECTRUM SOURCE CODE - U.S. Copyright Registration Number:  TX 3-582-613

All catalogs of White's Electronics, Inc.

All calendars of White's Electronics, Inc.

All websites of White's Electronics, Inc., including https://www.whiteselectronics.com

27028119v.2