UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-24346

GARRETT ELECTRONICS, INC.,

    Plaintiff,

  v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

## NOTICE OF FILING EXHIBIT #2 TO THE COMPLAINT

Plaintiff GARRETT ELECTRONICS, INC., by and through its undersigned counsel, hereby notifies the Court that Exhibit #2 is being filed in connection with the Complaint that was filed on November 5, 2024 [DE No. 1].

Dated: November 6, 2024

Respectfully submitted,

By: */s/ Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd St Ste 2800
Miami, FL 33131
Tel: (305) 357-8450
lsalomon@bsfllp.com

*Attorney for Plaintiff GARRETT ELECTRONICS, INC.*