UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24346-CIV-MARTINEZ/SANCHEZ

GARRETT ELECTRONICS, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
<u>CERTAIN DEFENDANTS</u>**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, GARRETT ELECTRONICS, INC., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---:|---|---|
| 6 | Baiko | https://www.amazon.com/sp?seller=ASW5NYNRUNXY9 |
| 14 | eehe99 | https://www.amazon.com/sp?seller=A2CMXBABHYOMT2 |
| 43 | WEIfeNG | https://www.amazon.com/sp?seller=A24HBRTDOHNE9B |
| 62 | gentleman-store | https://www.ebay.com/str/gentlemanstore1 |
| 90 | Enjoy Better Life | https://us.shein.com/store/home?store_code=7613817495 |
| 101 | CXF | https://www.walmart.com/seller/101606602 |

Dated: December 18, 2024          Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

*/s/ Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 357-8450
lsalomon@bsfllp.com

*Attorney for Plaintiff GARRETT ELECTRONICS, INC.*