UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-24346-JEM

GARRETT ELECTRONICS, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, GARRETT ELECTRONICS, INC., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 8 | BULVACK | https://www.amazon.com/sp?seller=A84L3DR48II7S |
| 24 | HuQinyan | https://www.amazon.com/sp?seller=A39ONOZXIKIS0K |
| 60 | electronicpartsmall | https://www.ebay.com/str/electronicpartsmall |
| 94 | LUFFER | https://www.temu.com/luffer-m-634418214745425.html |
| 106 | guangzhouainanmingshangmao | https://www.walmart.com/seller/102496992 |
| 129 | Wardrobe Inc. | https://www.walmart.com/seller/101248752 |

Dated: December 20, 2024                          Respectfully submitted,

                                                                  BOIES SCHILLER FLEXNER LLP

*/s/ Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 357-8450
lsalomon@bsfllp.com

*Attorney for Plaintiff GARRETT ELECTRONICS, INC.*