UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-24346-CIV-MARTINEZ

GARRETT ELECTRONICS, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before this Court on Plaintiff Garrett Electronics, Inc.'s Motion for Entry of Preliminary Injunction (the "Motion"), (ECF No. 13). The Motion was referred to Magistrate Judge Eduardo I. Sanchez for a Report and Recommendation ("R&R"). (ECF No. 16.) On December 30, 2024, Judge Sanchez held a hearing on the Motion. (ECF No. 39.) On December 31, 2024, Judge Sanchez issued an R&R in which he recommended that the Motion be granted. (ECF No. 40.) This Court has reviewed the entire file and record and notes that no objections have been filed, and the time to object has passed. After careful consideration, it is:

**ADJUDGED** that Judge Sanchez's R&R, (ECF No. 40), is **AFFIRMED** and **ADOPTED**.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, (ECF No. 13), is **GRANTED**. A preliminary injunction is entered against all Defendants pursuant to the terms set forth in the R&R, (ECF No. 40).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of January, 2025.

                                                                    JOSE E. MARTINEZ
                                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record