**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-24346-CIV-MARTINEZ/Sanchez**

GARRETT ELECTRONICS, INC.,

       Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

       Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on the Report and Recommendation ("R&R") of the Honorable Eduardo I. Sanchez, United States Magistrate Judge, on Plaintiff's Motion for Entry of Final Default Judgment Against Defendants [ECF No. 67]. Judge Sanchez recommends that Plaintiff's Motion be granted. (*See* [ECF No. 72]).

The Court has reviewed the entire file and record, and to date, no objections have been filed to the R&R. The deadline to file objections has now expired. The failure to timely file objections bars the parties from a *de novo* determination by the District Judge of an issue covered in the R&R and bars the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the R&R. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016). Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** that:

1.  Judge Sanchez's R&R [ECF No. 72] is **AFFIRMED** and **ADOPTED**.

2.  Plaintiff's Motion for Entry of Final Default Judgment Against Defendants **[ECF No. 67]** is **GRANTED**.

CASE NO. 24-24346-CIV-MARTINEZ

3.  A Final Judgment shall follow by separate order.

**DONE AND ORDERED** in Miami, Florida, this 24 day of March 2026.

_____

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge Sanchez
        all counsel of record

2